# EXHIBIT A

# ODM New Procurement Cooperation Framework Agreement

Framework Agreement Number: SP-220829-02487
Party A: ROADGET BUSINESS PTE. LTD.

████████████████████████████
███████████

Contact Address: 6 Hongmian Road, Panyu District, Guangzhou
Contact Person: ROADGET BUSINESS PTE. LTD.
Contact Number: ████████████
████████████

Party B: ████████████████
Legal Representative: ████████████
Business License Number: ████████████████
Registered Address: Self-Made 1006, Room 101, 1432 Guangzhou Avenue, Tianhe District, Guangzhou, Guangdong
ID Card: ████████████
Contact Address: Stall 1000, 1F, Shahe Xinchao Metropolis
Contact Person: ████████
Contact Number: ████████

(In this Agreement, Party A and Party B may each be referred to as a "**Party**" or "**each Party**" or collectively as the "**Parties**").

WHEREAS:
1. Both parties are companies legally registered and existing in accordance with relevant laws;
2. When signing this Agreement, both parties have the qualifications, licenses, and permits required to perform this Agreement;
3. Party A wishes to purchase apparel and other products from Party B, and Party B is willing continuously to provide Party A with quality, low-cost goods and services.

[seal:]



In accordance with the provisions of the relevant laws, regulations, and normative documents of China, the parties have reached a consensus through friendly negotiation as follows:

## Part I    Specific Provisions

### I   Definitions

(1) "**Product**": Refers to the merchandise Party A purchases from Party B or is entitled to purchase from Party B in accordance with the stipulations of this Agreement, including but not limited to apparel, shoes, bags, accessories (if applicable), etc.

(2) "**Order**": Refers to the Purchase Order (whether written, electronic, or otherwise) used by Party A for the purchase of products from Party B under this Agreement and other agreements agreed by both parties that are part of the purchase order content. The content of purchase orders shall include but not be limited to specific information

such as product type, name, specification, packaging unit, barcode, quantity, tax-inclusive price, delivery period, and delivery location.

(3) "**ODM**": Refers to Original Design Manufacturing. Party B develops and/or designs the product style. After Party A selects the corresponding style, Party B shall produce the product and be responsible for photographing and providing the product display drawings according to Party A's requirements.

(4) "**System**": 

(5) "**Term of Cooperation**": Refers to the sum of the following time periods calculated from the date when Party B opens an account in the system: (1) The probationary period (as defined below); and (2) only if Party A agrees to continue Party B's cooperation after the probationary period in accordance with the provisions of this Agreement, starting from the start date of the probationary period to ____ Month ____ Day, ____ Year (but deducting the probationary period).

(6) "**Probationary period**": Refers to the first 3 months of the term of cooperation or other time agreed in writing by both parties.

(7) "**Abnormal amount**": Refers to, but is not limited to, the amount of the product not provided in accordance with the order because of a lack of stock, short stock, loss of goods, delivery discrepancy, liability for breach of contract, liability for compensation, fines, deductions, prepaid tax/shipping, etc.

## II Cooperation

### 1. Cooperation Content

(1) Party A agrees to purchase from Party B and Party B agrees to sell products to Party A. The specific information of the products purchased by Party A from Party B shall be based on the orders issued by Party A from time to time and accepted by Party B.

(2) Under this Agreement, both parties agree to cooperate in the form of ODM.



[seal:]

### 2. Term

Both parties agree that after the expiration of the probationary period, if Party A agrees to continue to cooperate with Party B, Party B agrees to continue to cooperate with Party A in accordance with the terms and conditions stipulated in this Agreement. Both parties agree that the validity period and term of cooperation of this Agreement shall be automatically extended by 1 year under the aforementioned circumstances of continued cooperation. Unless either party notifies the other party in writing at least 30 natural days before the expiration of the term of cooperation that it does not wish to extend, the cooperation period shall be automatically extended by 1 year. For the avoidance of doubt, Party A shall have the right to assess Party B's performance at the end of each quarter during the term of cooperation (the assessment method and standards shall be separately confirmed by both parties) and to decide to continue or to terminate the cooperation with Party B based on its assessment results and terminate this Agreement with 30 days' notice.

### 3. Order Provision Method

Party A's orders may be provided to Party B through one or more of the following methods:

☐ Written (mail/instant messaging)
R information system: Log into the system through the account provided by Party A to Party B and transmit orders within the system.

## 4. **Order Model**

After Party A pushes the purchase requirements to Party B in accordance with the provisions of Article 3 above, it shall be deemed that the order has taken effect. Party B shall perform the relevant obligations under this Agreement and the order, such as product delivery, in strict accordance with the content of the order and the terms of this Agreement. Unless Party A confirms and informs Party B in advance that the relevant product styles have been discontinued or removed from the shelves or as otherwise stipulated in this Agreement, Party B shall not cancel the order.

## 5. **Shipping and Packaging, System Compliance**

The specific shipping and packaging requirements shall be subject to the latest provisions in the supplier teaching materials (if any) provided by Party A or the relevant system announcements, including but not limited to the latest versions of specifications, systems, and guidelines such as the SHEIN Product Labeling Standards and/or the SHEIN Apparel Labeling and Packaging Specifications. Party B further hereby agrees to abide by Party A's system for disclosure in the various systems related to merchandise and supplier management, including but not limited to this Agreement's Specifications for SHEIN Group Suppliers Using Group Brand Labeling and the Handling of Leftover Goods, SHEIN Group Intellectual Property Infringement (Fabric Pattern Infringement) Penalty Specifications, and SHEIN Group Intellectual Property Infringement and Content Taboo Violation Penalty Specifications. Party B hereby confirms that it has understood and is aware of the relevant contents of the aforementioned listed standards, systems, and guidelines and hereby acknowledges the reasonableness of such standards, systems, and guidelines and undertakes to comply with such standards, systems, and guidelines and their requirements and regulations as updated from time to time.

[seal:]


## 6. **Logistics**

Party B shall select the logistics provider for shipment according to the prompts of Party A's system. The freight assumption rules shall be subject to the latest requirements of Party A (new supplier teaching materials (if any) or the latest provisions in the relevant regulations announced in the system). If the import and export, customs declaration, or customs clearance of products is involved, Party B shall cooperate with Party A to complete the import and export, customs clearance, and customs declaration of the relevant products and provide truthful, complete, valid, and not misleading materials and information related to the products according to Party A's requirements. For the avoidance of doubt, Party A shall assume all liability related to the customs declaration and customs clearance of the products, excluding liability arising from the information and materials provided by Party B or malice, fraud, or gross negligence on its part.

## 7. **Settlement**

(1) Party A shall settle payment with Party B based on the quantity of products

purchased, warehoused, and accepted by Party A. Party A shall register, classify, and manage Party B's performance. After Party B passes the probationary period, Party A shall assess and rate Party B and determine the corresponding settlement cycle, settlement method, and settlement requirements based on the assessment level given. The aforementioned standards for assessment and rating, as well as the settlement cycle, settlement method, and settlement requirements of the corresponding level, shall be provided for Party B to read through system announcements or in writing offline. Party B is obliged to consult these policies from time to time to ensure that it understands and is aware of the contents and provisions of these policies ("**settlement policies**") and carry out fee settlement under this Agreement in accordance with the provisions of these policies.

(2) During the probationary period, both parties agree to settle payments by monthly settlement (corresponding to the settlement cycle of "level N" in the settlement policies, "**settlement cycle**"); that is, Party A issues the current bill on the billing date of each settlement cycle (if this is stipulated in the settlement policies) and Party B shall confirm the reconciliation within 3 natural days after receiving the bill. Party A shall pay the settlement amount confirmed in the said settlement month to Party B (provided that Party B has provided account information in accordance with Article 7(4)).

(3) For the avoidance of doubt, Party A shall reconcile the sales amount of the previous settlement cycle with Party B starting from each settlement cycle and deduct the abnormal amount of Party B. Party B shall confirm the reconciliation within 3 days after receiving the bill. If Party B fails to confirm or raise an objection within 3 days after receiving the bill, it shall be deemed as Party B confirming the bill. If Party B has any objections, it shall raise them with Party A within 1 natural day after receiving the bill, and it shall communicate and reach a consensus with Party A on such objections within 2 natural days. If a consensus cannot be reached, the content of Party A's bill shall prevail. Party A shall make payment to Party B based on the settlement amount jointly confirmed during the said settlement cycle. In addition, when Party B is at risk of having an insufficient current payment to offset the accumulated unsettled abnormal amount, Party A shall have the right to not pay the current payment temporarily. After the risk is eliminated, the current payment shall be settled together with the bill of the following period. If the bill of the following period is insufficient to offset the total abnormal amount, Party B shall pay the remaining unsettled portion separately.

[seal:]



(4) Party B shall provide Party A with the payment collection bank account information in writing affixed with Party B's official seal within 15 days before Party A's first payment. Party B shall ensure that the account information provided is accurate. If there is any subsequent change to the account information, Party B shall provide Party A with the new payment collection account information in writing affixed with Party B's official seal 10 business days in advance.

(5) After completing the aforementioned reconciliation process, Party A shall pay the corresponding settlement amount to Party B's aforementioned account by wire transfer. If Party A requires Party B to provide an invoice, Party B shall provide Party A with an invoice for the corresponding payment amount (i.e., settlement amount)

that meets Party A's financial requirements within 5 business days before Party A makes payment, and Party A shall make payment within the agreed time after receiving the invoice. Where Party B is unable or delayed in providing the invoice or fails to meet the requirements, resulting in a delay in payment, Party B shall assume the liability for the delay in payment. If the last day of any of the aforementioned payment terms is a holiday, it shall be postponed to the 2nd business day after the holiday. If both parties need to delay payment due to delay in reconciliation confirmation, Party A's payment time shall be postponed to the next account period.

(6) If Party A delays payment or is unable to transfer funds because of Party B's failure to notify it of the collection information on time or improper notification, Party A shall not be liable. If the collection account designated by Party B is not a bank account opened in Party B's name, Party B shall issue to Party A a letter of authorization affixed with Party B's official seal and the official seal of the payee (if the payee is a natural person, it shall be signed and sealed by the payee) that meets Party A's requirements. Party A's payment to the aforementioned bank account shall be deemed to have completed the payment of the payable settlement amount to Party B. During the process of collection on Party B's behalf, all acts of the custodian shall represent Party B and have the same legal effect as the acts of Party B and Party B shall assume all legal consequences and legal liability for the acts of the custodian. If Party B or its payee on its behalf is involved in any tax liability or any controversy, dispute, liability, or obligation arising from the collection of payment on behalf of Party B, it shall have nothing to do with Party A and Party A shall not assume any liability.

(7) Before the termination of cooperation, Party A shall have the right to retain the total amount of the last 30 days' orders * 10% (the lower limit is RMB 500 and the upper limit is RMB 20,000) of Party B as a performance bond. The bond shall be used to offset the abnormal amount and other matters that Party A has the right to deduct from the settlement payment. After the deduction is completed, the remaining bond shall be paid to Party B in the final settlement cycle before the termination of the cooperation by the parties. At any time during the term of cooperation, Party A has the right to retain the corresponding amount in the subsequent settlement of fees if Party A has used the aforementioned bond to pay the abnormal amount at any time so that the bond is restored to the total amount of the aforementioned performance bond.



[seal:]

## 8. Price Commitment

(1) For any identical product, once the quotation is confirmed by the order, the quotation shall not be unilaterally increased without the consent of Party A.

(2) If Party B's products are marked down or Party A's order price is found to be higher than Party B's quotation, Party B shall actively adjust the price and promptly notify Party A within 1 business day from the date it knows or should know of this and the new price shall be implemented from the date of notice. If Party B fails to notify in time, Party A shall have the right to require Party B to return double the overpaid purchase fee in accordance with the provisions of Article (1) above.

## 9. Returns

In the event of a return of goods, Party B shall immediately pay the corresponding fees to Party A according to the following different circumstances to compensate Party A for the freight for handling the shipment and return of such products:

(1) If Party A assumes the freight, Party B shall pay Party A 2 times the freight amount of the return;

(2) If Party A and Party B each assume half of the freight, Party B shall pay Party A the freight amount of the return;

(3) If Party B picks up the returned goods at its own expense, it is not required to pay the return freight separately;

If Party B fails to pay the aforementioned fees in a timely manner, Party A has the right to deduct the aforementioned fee payable by Party B from any payable but unpaid payment.

If a product is returned by an end consumer because of quality, size, or other issues with the product itself, Party A shall have the right to return all or part of the relevant returned product and the inventory of the remaining product to Party B. The specific handling plan shall be subject to the provisions of Party A's system or the latest offline announcement, including but not limited to the latest version of the SHEIN After-Sales Product Return Quality Inspection Specification.

## 10. Account Management

(1)     If Party B uses Party A's system to accept orders and carry out subsequent operations such as delivery and settlement, Party B agrees that Party A shall manage the system account held by Party B in accordance with the latest relevant provisions announced in the system (including but not limited to the latest version of the Account Management Specifications).

(2)  If Party B opens multiple account numbers in violation of the aforementioned system announcement, Party A shall have the right to require Party B to pay liquidated damages of no less than RMB 50,000 and restrict Party B from launching new products within a certain period of time in accordance with the system announcement.

[seal:]



## 11. Others

☐This article does not apply

R This article applies, and the specific provisions are as follows:

Intellectual property rights related to product styles, designs, pictures, and videos:

(1) Party B shall provide Party A with pictures and videos of the products that Party B independently shoots or has the right to authorize Party A to use. With regard to the styles of products provided by Party B, Party B hereby irrevocably grants Party A a perpetual, sole, and exclusive license to publish, display, reproduce, improve, or otherwise use Party B's products and related styles worldwide (including but not

limited to sublicensing or protection activities for such intellectual property rights), and Party B shall not publish, display, reproduce, improve, or otherwise use the aforementioned styles on its own or on any third party's behalf (except for the performance of obligations under this Agreement).

(2) With regard to the photographs, pictures, and/or videos of the products provided by Party B, Party B hereby agrees to transfer to Party A all the rights, powers, and interested related to the photographs, pictures, and/or videos of the said products that it enjoys so that Party A has the worldwide ownership and intellectual property rights of the said photographs, pictures, and/or videos (including but not limited to the right to register, enroll, and maintain the relevant intellectual property rights of the said photographs, pictures, and/or videos, and regardless of whether Party A ultimately uses the said photographs, pictures, and/or videos for the commercial operation of the products). Party B further agrees to make every effort to cooperate with Party A in completing the transfer of the aforementioned rights and interests of photographs, pictures, and/or videos, including but not limited to signing documents such as transfer letters and declaration letters required by relevant government agencies or carrying out other reasonable measures required by Party A.

(3) In addition to the exceptions stipulated in this Article, both parties agree that the purchase payment of the relevant products under the first order made by Party A to Party B already includes the sufficient, valid, and full consideration of the aforementioned license granted by Party B to Party A in accordance with Paragraph (1) and the transfer of the relevant intellectual property rights in accordance with Paragraph (2). Party A is not required to pay any license fee or transfer payment other than the purchase payment for the aforementioned license or transfer. Notwithstanding the aforementioned stipulations, in the event of any of the following circumstances, the license made by Party B in accordance with Paragraph (1) shall no longer be valid, and Party A shall have the right to transfer the intellectual property rights transferred by Party B in accordance with Paragraph (2) to Party B for 0 consideration: (a) related products that Party A determines in writing have infringed on the intellectual property rights of third parties; (b) products that are deemed by Party A to have a quality level of D or similar and Party A has stopped selling products of the aforementioned quality and informs Party B that the quality level of such products is D through the GMP system; or (c) other intellectual property rights or products that both parties agree in writing are no longer subject to the aforementioned restrictions.



[seal:]

(4) If, for any reason, the intellectual property rights provided by Party B or its related personnel to be authorized or to be transferred are considered "service inventions" or "service works," Party B hereby irrevocably agrees itself to transfer and/or cause its relevant employees, executives, and other representatives to transfer all rights and interests (including but not limited to service intellectual property rights) of all such "service inventions" or "service works" and all materials and information related thereto to Party B at no cost to enable Party B to carry out the transfer or licensing transaction under this Agreement.

(5) For the avoidance of doubt, the obligations under this Article shall be legally binding on any of the successors or assignees of Party B or this Agreement. Party B

shall not disguise the transfer, grant, or other arrangements of equity or assets so that a third party has the right to use the intellectual property rights of the aforementioned product styles, designs, pictures, or videos or other intellectual property rights or has the right to carry out production, marketing, or business related thereto.

(6) After the date of confirmation of the first order for the relevant products by both parties, Party B shall provide and deliver all product styles, designs, photographs, pictures, and video materials related to the aforementioned license and intellectual property transfer as soon as possible (and no later than five business days) in accordance with Party A's requirements. Party B shall provide the originals of all photographs, pictures, and/or videos it makes and holds for the same product as well as all improvements to the photographs, pictures, and/or videos of such products for which Party B agrees to transfer intellectual property rights and interests in accordance with this Agreement.

(7) If Party B violates the stipulations of Paragraph (1) or Paragraph (2) of this Article by authorizing other third parties to use simultaneously or transferring the product design or its photographs and videos to the third party, Party A shall have the right to require Party B to withdraw the right to use or ownership of the product style, pictures, and videos provided to the third party and compensate Party A with RMB 3000/picture, video, or style or Party A's actual losses (whichever is higher). If at any time Party B violates the stipulations of Paragraph (1) or Paragraph (2) of this Article by itself or allows a third party to have the right to use the design of the relevant product or its photographs, pictures, and/or videos and obtain benefits for it, Party A shall have the right to require Party B to compensate Party A for the reasonable income lost. The amount of such income shall not be less than the sum of the income from Party B's authorization or transfer of relevant intellectual property rights in violation of the Agreement and the third party's use of such intellectual property rights.



[seal:]

(8) If Party B entrusts any models to provide product pictures and videos, Party B hereby represents and warrants that it has obtained the consent and permission granted by all such models or stipulated by the law to publish, promote, and use permanently the images and likenesses of such models worldwide.

(9) Party B promises that the styles, photographs, and videos provided to Party A are independently designed and photographed by Party B and are original works or works for which it has obtained sufficient rights to authorize others to use and do not infringe the relevant rights and interests of any third party, including intellectual property rights, model portrait rights, and privacy rights. If Party A suffers losses because of the infringement of third-party rights and interests by Party B's pictures or works, Party B shall assume all losses and Party A shall have the right to return the goods involved in the infringement. In addition to requiring Party B to assume the damages, Party A shall have the right to a deduct a penalty for breach of contract based on the standard of RMB 10,000/piece.

(10) If Party B needs to designate Party A to take pictures and videos of the products on behalf of Party B, the relevant fees and cooperation details shall be subject to the latest provisions announced in Party A's system. The intellectual property rights of

the product pictures and videos taken by Party A belong to Party A and Party B is prohibited from using them without the written authorization of Party A.

## III   Effect

1. This Agreement shall take effect on the date of signing by both parties. This section supplements and amends the general provisions in Part II of this Agreement. If there is any conflict with the general provisions, the relevant content of this section shall prevail.

2. If Party A and Party B signed a purchase and sale contract such as the Procurement Cooperation Framework agreement (hereinafter referred to as the Original Agreement) before the signing date of this Agreement, the Original Agreement shall be terminated on the signing date of this Agreement.

## IV   Appendices

The appendices to this Agreement form an integral part of this Agreement and have the same legal effect as this Agreement. In the event of any inconsistency between the appendices and the stipulations of this Agreement, the appendices shall prevail. The appendices to this Agreement include but are not limited to the following:

Appendix 1: Sunshine Procurement & Anti-Commercial Bribery Agreement
Appendix 2: SHEIN Supplier Code of Conduct Commitment Letter
Appendix 3: Relevant Listed Systems

## Part 2   General Provisions

### A. Vendor Management Operating System

1. When using Party A's system, Party B is obliged to keep the user name and password properly and may not transfer or authorize others to use it without authorization. Party B agrees and understands that all operations carried out on the system through its account shall be deemed as Party A's acts and Party B shall assume all responsibility for the prevention of such acts. 
2. Party A owns all intellectual property rights to the system. Party B shall not obtain the source code of the system through any means, use the system in illegal forms or for illegal purposes, or carry out any reverse engineering on the system; without Party A's consent, Party B shall not let third parties study, use, operate, or handle the system. If Party B violates the aforementioned stipulation, Party A shall have the right to dissolve this Agreement and require Party B to assume liquidated damages of RMB 100,000; if Party B's conduct causes Party A to suffer losses and the liquidated damages are insufficient to pay such losses, Party A shall have the right to require Party B to assume liability for compensation based on all losses incurred by Party A.

### B. Product Standards

Both parties agree that Party A may continuously modify the requirements for affixing label barcodes on products and product packaging specifications according to the business specifications formulated by Party A from time to time. The specific product packaging requirements and mode of shipping shall be subject to the provisions of the corresponding content in the system provided by Party A to Party B from time to time. Party B is obliged to learn of the updated standards of Party A from the system in a timely manner.

[seal:]

## C. Representations and Warranties

Party B hereby represents and warrants to Party A that:

1) It is a legal person established and validly existing in accordance with the law. It has obtained all government approvals, qualifications, permits, etc. required to engage in relevant business in accordance with relevant applicable laws and regulations and it has the right to enter into this Agreement and perform its obligations under this Agreement. Party B shall provide Party A with the aforementioned supporting documents at the same time as the conclusion of this Agreement;

2) Its shareholders' meeting (if applicable) or other establishment with the authority to approve this Agreement has duly and effectively taken all necessary steps or other actions to approve the execution, delivery, and performance of this Agreement;

3) There is no litigation, arbitration, or other judicial or administrative proceeding that has occurred and has not concluded that will affect its ability to perform its obligations under this Agreement, and no one to the best of its knowledge threatens to take such action;

4) All supporting documents, such as the qualifications provided to Party A in accordance with the stipulations of this Agreement, are true, valid, and legal;

5) It is the sole owner of the products supplied by it and holds full ownership of the products. There are no claims by any third party with respect to the products, nor are there any encumbrances placed on the products. The products supplied by it do not infringe on the legitimate rights and interests of third parties (including but not limited to any trade secrets or intellectual property rights). If the products provided by it actually or may infringe on the legitimate rights and interests of third parties, Party A shall have the right to notify Party B in writing and return the products provided by Party B, and the relevant expenses for the return shall be assumed by Party B.

6) It has complied with the provisions of all applicable laws specified in its place of establishment, including all labor and environmental laws. No illegal labor conditions are involved or used in the products provided to Party A during the procurement, manufacturing, production, promotion, sales, and handling process, including forced labor, child labor, prison labor, or other situations that violate the relevant labor laws and regulations of the place where the products are produced. When specially requested by Party A, Party B shall issue a written compliance certificate to Party A to prove that it has met and complied with the relevant applicable labor and environmental standards. All products manufactured and sold to Party A shall be produced and manufactured in accordance with the following standards: (i) The legal requirements for forced labor, child labor, prison labor, minimum wage, and overtime compensation applicable to the place of production; and (ii) the provisions of the International Labour Organization's agreement on forced labor. Under no circumstances shall Party B use physical punishment or similar abusive tactics against its workers. In addition, when requested by Party A, Party B agrees to sign the Supplier Code of Conduct Commitment Letter as shown in Appendix 2 of this Agreement.

7) Party B confirms that if any raw materials imported or purchased for the production of products need to be used during the production of products, the relevant manufacturers shall keep, store, and handle such raw materials separately and shall not mix or contaminate such raw materials with other raw materials used for the supply of third-party products.

8) Party B further expressly undertakes and agrees that after the signing of this



[seal:]

Agreement, it will comply with the provisions, policies, and requirements related to the products and performance of this Agreement provided by Party A through the system from time to time, including but not limited to any penalization powers and penalization measures enjoyed by Party A for its violation of such provisions, policies, and requirements.

**D. Product Quality**

1. The products provided by Party B shall be brand new and genuine products produced by the original factory. Party B shall ensure that product quality complies with the relevant national (country of manufacture, China, United States, European Union, etc.) product quality standards (if any) and production and hygiene standards as well as the quality standards and production, hygiene, and inspection and quarantine standards required by Party A. Party B shall provide Party A with relevant supporting documents, including but not limited to proof that product production and sources are legal, product quality certification, and product inspection certification, in accordance with Party A's requirements.

2. If the quality standards and industry standards of multiple nations apply to the products provided by Party B, the standards shall be implemented simultaneously. When the standards are inconsistent, they shall be implemented according to the highest standard; otherwise, they shall be deemed as nonconforming products. If there are no national standards and industry standards, international standards can be referenced for implementation.

3. Party B promises and guarantees to Party A that it shall provide high-quality products. During Party A's acceptance inspection, if it discovers that the products have quality problems such as deterioration, odor, mold, debris, damage, etc., or are obviously products returned by third parties, or there are defects such as packaging deformation, damage, or other circumstances that would affect sales, or there are other circumstances where the provisions of the order are not met, Party A shall have the right to require Party B to replace the nonconforming products with conforming products that meet Party A's requirements within five (5) business days or settle payment based on Party A's actual warehoused quantity. At the same time, Party B shall compensate Party A in accordance with the stipulations of this Agreement (excluding cases caused by the conduct of Party A or its designated carrier).

4. Party A will update the quality standards of each category from time to time. Party B is obliged to understand the updated quality standards through Party A's contact personnel, systems, and other channels and provide Party A with products in accordance with the latest quality standards. Where Party A's quality standards are inconsistent with the national quality standards and industry standards, the highest standards shall be implemented.

5. In view of the fact that Party A conducts quality inspection of Party B's products in the form of random inspection, Party B's quality assurance period for products shall not end with the end of the order or the end of payment and cooperation. Even if the cooperation between both parties ends, Party A shall have the right to trace all losses caused by product quality problems to Party B.

6. If Party A is required to compensate for any accidents caused by quality problems in the products provided by Party B (such as personal injuries, safety and hygiene, explosions, fires, and other accidents), Party A shall have the right to remove all of the products involved in the problem from shelves, and Party B shall assume all liability, including but not limited to the return and exchange of goods, compensation to the victims including end customers, losses suffered from Party A's stores being closed,

[seal:] 

and fees or expenses incurred by Party A to handle the dispute. If the compensation needs to be paid to victims including end customers through Party A's account, Party B shall pay the full amount of compensation to Party A's account and Party A shall then pay the victims.

**E. Concerning Infringement**

1. Unless otherwise agreed by both parties, neither party to this Agreement shall use the other party's corporate name, trademarks, logos, Chinese and English logos, copyrights (authorship), patents, etc. without authorization, or register the same, similar, similar, or related trademarks as the other party to this Agreement in its locality or other countries.

2. Notwithstanding the aforementioned stipulation, Party A has the right to use the product pictures provided by Party B to Party A, including but not limited to the right to display and use them on its sales platform.

3. Party B hereby represents and warrants that the products it sells to Party A (including but not limited to the product appearance design, the text and graphics contained in the products or packaging, etc.) are free from any appearance, intellectual property rights, or brand infringement on an international scale and any obscenities, racial discrimination, political controversies, religious conflicts, minority discrimination, etc. If Party A is subject to third-party claims or is subject to seizure, confiscation, or other measures taken by a government department or Party A's brand impact is damaged because of the occurrence of the aforementioned situation, Party B shall assume liability for compensation based on 100% of Party A's actual losses; that is, Party B's compensation amount = Party A's actual losses * 100%. Party A's actual losses include but are not limited to compensation or authorization fees paid by Party A to third parties, the amount of penalties and product losses of Party A, and the attorney fees paid by Party A to resolve the disputes. In addition, Party A shall have the right to take measures against Party B such as freezing payments and terminating cooperation.

4. If Party A is subject to third-party complaints or prosecution because of intellectual property issues in the products provided by Party B, Party A shall have the right to notify Party B of the dispute within a reasonable time after receiving the notice of the complaint or prosecution. If a third party requires Party A to disclose the manufacturer of the product (i.e., Party B), Party A shall have the right to disclose Party B's information to resolve the dispute properly. If a third party adds Party B as a co-defendant after Party A discloses Party B's information, Party A and Party B shall participate in the lawsuit together; if Party B refuses to participate in the lawsuit, Party B shall assume the corresponding adverse consequences.

5. If a style selected by Party A is a style designed and developed by Party B itself, the copyright shall belong to Party B. Party B shall not provide any third party with any relevant materials obtained or known from Party A for the relevant style or any physical objects or information generated based on the aforementioned relevant materials, including but not limited to the disclosure of the sales data of the styles selected by Party A to third parties and the provision of any product pictures taken by Party A to third parties. If Party B's products are styles designed by Party A or copyrighted by Party A, without Party A's permission, Party B shall not provide any relevant materials obtained or known from Party A for the relevant styles or any physical objects or information generated based on the aforementioned relevant materials to any third party, including but not limited to the unauthorized provision or disclosure of the products or Party A's styles to third parties for sale or production. If

[seal:]



Party B violates this regulation, Party A shall have the right to require Party B to pay Party A liquidated damages based on the standard of RMB 10,000/SKC. If the liquidated damages are insufficient to make up for Party A's losses, Party A shall have the right to require Party B to pay Party A's actual losses.

6. In the event of the aforementioned infringement of this Article by Party B, Party A shall have the right to remove Party B's merchandise from the shelves immediately and return all the products provided by Party B in Party A's inventory.

**F. Indemnification**

Party B shall fully indemnify Party A, any of its employees, personnel, directors, members, or representatives, or its successors (collectively, the "**indemnitees**") against any direct or indirect losses, damages, obligations, and/or expenses arising from any litigation, claim, or other request and shall hold the indemnitees harmless from any damages and losses arising from: (i) Party B's actions or any third-party requests caused by Party B's actions; (ii) Party B's violation of any commitment or clause in this Agreement.

**G. Force Majeure**

The term "force majeure" in this Agreement refers to: Government acts, natural forces, explosions, geographical changes, floods, fires, typhoons, earthquakes, droughts, wars, plagues, or other events that cannot be anticipated, controlled, avoided, or overcome at the time of signing of the Agreement.

If either party is unable to implement the Agreement because of force majeure, it shall immediately notify the other party and submit the relevant facts and evidence materials notarized for use within 15 days from the date of the force majeure event to the other party as reasonable proof that the Agreement is impossible to perform or must be delayed because of the force majeure. At the same time, it shall make every effort to reduce the impact and losses caused by the force majeure on the other party. Subject to the foregoing, the party affected by the force majeure shall not be liable under this Agreement only for the part of the performance delayed or hindered by the force majeure event. If the force majeure event exceeds 60 days, orders affected by the force majeure shall be automatically dissolved. If one party has collected fees from the other party in accordance with the Agreement and orders, they shall be returned to the other party within 3 business days.

[seal:]



**H. Confidentiality**

Prior to the conclusion of this Agreement and during the term of this Agreement, confidential information of the disclosing party that one party (the "disclosing party") has disclosed or may disclose to the other party (the "receiving party") from time to time or confidential materials and information of the disclosing party that the receiving party learns or comes into contact with as a result of the performance of this Agreement (including but not limited to business information, customer and product information, financial information, contracts, services, intellectual property, etc., collectively referred to as "**confidential** information"). The receiving party agrees that it must maintain the confidentiality of the confidential information in strict confidence and not use the confidential information for any purpose other than those expressly agreed herein. The receiving party shall not disclose, give, or transfer such confidential information to any third party without the prior written consent of the disclosing party. Upon termination of this Agreement, the receiving party shall return any documents, materials, or software containing confidential information to the disclosing party at the disclosing party's request or destroy them itself, remove any

confidential information from any relevant memory devices, and not continue to use such confidential information. If Party B violates this confidentiality clause, it shall pay Party A liquidated damages of RMB 100,000. If Party A's actual losses are higher than the amount of liquidated damages, Party B shall compensate Party A for the actual losses incurred. The parties agree that this provision will continue in force regardless of whether this Agreement is changed, dissolved, or terminated.

**I. Governing Law and Dispute Resolution**

This Agreement shall be governed by and construed in accordance with the laws of the People's Republic of China (excluding Hong Kong, Macao, and Taiwan for the purpose of this Agreement) and shall exclude the application of conflict of laws rules. Any dispute or controversy arising out of the conclusion or performance of this Agreement shall first be resolved by negotiation between the parties. If it cannot be resolved by negotiation, either party may submit the relevant dispute to the Guangzhou Arbitration Commission for arbitration in accordance with the arbitration rules in effect at that time. The place of arbitration shall be Guangzhou and the language used for arbitration shall be Chinese. The arbitration award shall be final and binding on both parties.

**J. Term, Effectiveness, and Termination**

This Agreement shall take effect on the date on which the authorized signatories of both parties sign this Agreement and Appendix 1 to this Agreement, Sunshine Procurement & Anti-Commercial Bribery Agreement, or affix their seals to this Agreement and Appendix 1 to this Agreement, Sunshine Procurement & Anti-Commercial Bribery Agreement. This Agreement shall be valid for one year. Within 1 month prior to the expiration of the term of this Agreement, if neither party proposes termination in writing, this Agreement shall be automatically renewed for 1 year and may be renewed multiple times. Both parties shall negotiate the cooperation content and conditions for the new term and sign a new agreement. For the avoidance of doubt, the terms and conditions of the new agreement shall be substantially consistent with this Agreement unless otherwise mandatory under applicable law or agreed by Party A.

[seal:]



Party B shall promptly sign the agreement (including signing in Party A's supplier system with an electronic office seal, downloading and then signing the agreement, and the authorized representative designated by Party A mailing the agreement to Party B for signing) and send the original paper agreement to Party A within 7 business days after Party A's confirmation. The electronic archive, scanned copy, or fax copy of the agreement validly signed by both parties shall have the same legal effect as the original paper agreement.

During the effective period of the Agreement, if any of the following circumstances occurs, this Agreement shall be terminated prematurely:

1) Both parties negotiate and agree in writing to terminate this Agreement.
2) Either party terminates this Agreement prematurely by notifying the other party in writing 30 days in advance.
3) If either party violates its commitments, obligations, or warranties under this Agreement and fails to make timely rectifications within 3 business days from the date of written notice from the other party, the non-breaching party has the right to cancel the cooperation qualifications of the breaching party in writing and unilaterally dissolve this Agreement; the non-breaching party has the right to require the breaching party to compensate for the relevant losses.

4)   When Party B is subject to any of the following circumstances, Party B shall notify Party A in a timely manner, and Party A may unilaterally terminate this Agreement immediately by notification: (a) Party B has become insolvent; (b) Party B applies for or is subject to a third-party application for dissolution, bankruptcy, receivership, or liquidation or ceases its business operations, its business license or the approvals, consent, or licenses required for its business operations are suspended or canceled, or any other circumstances that may affect its existence as a legal entity or its ability to operate its main business; or (c) Party B violates the provisions of relevant laws and regulations and is investigated, penalized, or ordered to close by the relevant government departments, resulting in the inability to continue the performance of this Agreement.

5)   Other circumstances stipulated in this Agreement.

In the event of the termination of this Agreement, the transactions under this Agreement shall be terminated immediately. If the termination of this Agreement is not be caused by Party A's breach of contract, after the termination of this Agreement, Party A shall unilaterally decide whether to accept the products that have been ordered by Party A but not received. The termination of this Agreement shall not relieve either Party of its liability for breach of this Agreement arising out of its actions prior to termination.

**K. Notices**

Unless written notice of a change of the address or contact details listed below is given, notices under this Agreement shall be sent to the mailing addresses of the parties listed in the Preamble by personal delivery, fax, registered mail, or email. If the notice is sent by registered mail, the date of receipt recorded on the return receipt of the registered mail shall be the date of service. If sent by personal delivery or fax, the date sent shall be the date of service. If sent by fax, the original shall be sent by registered mail or personal delivery to the following addresses immediately after sending. If sent by email, if it is sent between 09:00 a.m. and 05:00 p.m. Beijing time on a business day, the date sent shall be the date of service. If sent at other times, the next business day shall be the date of service.

[seal:] 

**L. Other**

In the event of any inconsistency between Part 2 (General Provisions) and Part 1 (Specific Cooperation Provisions), Part 1 shall prevail.

This Agreement includes various rules such as procurement operation procedures, notification announcements, and email notifications of the supplier system that have been released by Party A or may be released in the future. All rules are an integral part of this Agreement and have the same legal effect as the body of the Agreement. If Party B does not agree with the aforementioned rules that have already been released or are newly released by Party A, (1) if it does not agree with the aforementioned rules that have already been released by Party A, Party B shall have the right to notify Party A to dissolve or terminate the cooperation within 30 days from the date of signing this Agreement, and (2) if Party B does not agree with the aforementioned rules that are newly released by Party A, Party B shall have the right to inform Party A to dissolve or terminate the cooperation within 30 days from the date of issuance of the rules. If Party B fails to make a request for dissolution, it shall be deemed to agree to all the aforementioned rules. Since the various rules published on the supplier system are displayed to all suppliers without any time and place restrictions, Party B shall not claim that any of the rules is not applicable or ineffective to it on the grounds

that Party A failed to notify it individually in a timely manner.

If there are any matters not covered in this Agreement during performance or when the existing contents of this Agreement need to be supplemented, changed, or modified because of business developments, both parties or either party shall propose suggestions and plans for supplementation, change, or modification. After both parties reach a consensus through negotiation, they shall express it in writing and after both parties agree and sign and affix their seals, it shall become a supplementary document to this Agreement with the same legal effect as this Agreement.

This Agreement constitutes the entire agreement between the parties and supersedes all prior discussions, negotiations, and agreements. If an agreement of an equivalent nature has been executed between the parties prior to the effective date of this Agreement, this Agreement shall automatically replace the original agreement and the original agreement shall automatically become invalid.

This Agreement is a framework agreement and its terms apply to all purchase orders entered into under this Agreement. If this Agreement does not stipulate or is inconsistent with the business terms of actual orders, the business requirements of actual orders in Party A's system or the paper versions shall prevail.

If any provision of this Agreement is invalid or unenforceable, that provision shall be construed to the extent practicable so that it may be executed and to enable the completion of the transactions contemplated by this Agreement on substantially the same terms as originally described; if there is no practicable interpretation so that such provision is retained, it shall be stripped from the remaining provisions of this Agreement and the remaining provisions of this Agreement shall remain in full force and effect. In such circumstances, the Parties shall use their best efforts to negotiate in good faith a valid and enforceable alternative provision or agreement to maximize the intent of the parties in entering into this Agreement.

This Agreement is executed in duplicate, with both parties holding one copy each and all copies having the same legal effect. The authorized representatives of both parties have obtained sufficient and valid authorization to sign and confirm this Agreement and the orders on behalf of the said party. If the authorized representatives change, the other party shall be notified in writing 10 days in advance.




(There is no main text on the rest of this page)


Party A: **ROADGET BUSINESS PTE.LTD.**
Authorized Representative of Party A:
[seal:] ROADGET BUSINESS PTE.LTD. Registration No. 201939698G


Party B:
Authorized Representative of Party B:        [seal:] ██████████████
                                          August 30, 2022

Appendix 1:

## Sunshine Procurement & Anti-Commercial Bribery Agreement

**Party A: ROADGET BUSINESS PTE. LTD.**

"Party A" refers to Party A and Party A's affiliated companies/institutions in the following agreement)

Party B:

During the term of cooperation between the parties, in order to abide more strictly by the provisions on the prohibition of commercial bribery under the Anti-Unfair Competition Law and other relevant laws and regulations and to protect the mutual interests of the parties and promote the good development of the relationship between the parties, the following agreement has been reached through friendly negotiation between the parties:

Article 1 **Commercial Bribery**: Refers to all material and spiritual direct or indirect improper benefits provided by Party B or its employees or by Party B through a third party to Party A's employees and interested parties of Party A's employees in order to seek transaction opportunities or competitive advantages and other cooperation benefits.

Article 2 **Improper Benefits**: Include both material and non-material benefits. A material benefit is one that can be measured directly with monetary value. This includes, but is not limited to, kickbacks, bribes, private commissions, loans, items in kind, cash or cash equivalents (e.g.: expense cards/vouchers, redemption vouchers, shopping cards, exchange vouchers, top-up cards, transportation cards, telephone cards, top-ups of various types of pone bills or other top-ups for use or spending, stored value cards, other forms of valuable gift certificates or securities for use or spending, etc.), checks and property interests, trips, meals, and spending free of charge. Non-material benefits refer to spiritual benefits and other improper benefits that are difficult to measure directly with economic or monetary value and can satisfy people's needs and desires. They are rights, interests, conveniences, and other benefits other than material benefits. They include but are not limited to benefits such as housing opportunities, migration of household registration, job transfers, promotions, arrangements to study abroad, and free services as well as honor, reputation, titles, qualifications, status, and privileges.



[seal:]

Article 3 **Conflicts of Interest**: These include but are not limited to (1) Party B shall not provide any form of loan to Party A's employees and their interested parties; (2) if Party B's shareholders, supervisors, managers, senior management personnel, cooperative project leaders, and project members are Party A's employees or their interested parties, Party B shall inform Party A truthfully and comprehensively in writing. (3) During the cooperation process between the parties, Party B shall not allow Party A's employees or their spouses to hold or let a third party hold Party B's equity (excluding equity of less than 5% through a public securities trading market, directly or indirectly holding funds without actual control, or shares held through a trust whose beneficiary is not the person or representative of the interest) or employ Party A's employees (including but not limited to formal labor relations, labor dispatch, outsourcing services, part-time work, consultants, etc.). (4) Party B shall not

engage in business dealings with Party A's employees. (5) Party B shall not hire any person who is dismissed from Party A or who has voluntarily resigned from Party A less than one year ago to connect with Party A's business.

Article 4 The interested parties stated in this Agreement: Include (1) relatives (including spouse, parents of both spouses, grandparents of both spouses, siblings, children, grandchildren, grandchildren, cousins, other blood relatives and in-laws, relationships of adoption or being adopted, etc.); (2) other interested parties (including former colleagues, classmates, people from the same village, creditors, debtors, co-investors, other close associates, etc.).

**Article 5 If Party B violates any of the aforementioned stipulations, regardless of whether there are any stipulations to the contrary in this Agreement, Party A shall have the right to terminate the contract with Party B in whole or in part unilaterally, and Party B shall pay Party A liquidated damages of RMB 100,000 or 30% of the order (contract) amount during the cooperation period, whichever is higher, as liquidated damages.** Party A shall have the **right to suspend the payment of Party B's contract payment until Party B pays the liquidated damages. In view of the fact that the above acts serious seriously disrupt the business order and damage the business environment, Party B is fully aware of and recognizes the aforementioned liquidated damages as punitive liquidated damages, including but not limited to Party A's actual losses and loss of goodwill. In any event, Party B agrees to pay the liquidated damages in full in accordance with the stipulations of this clause. Party B shall pay the liquidated damages within 5 business days from the date of Party A's discovery of the breach of contract. If Party B fails to make timely payment, Party A shall have the right to deduct directly from the contract amount. At the same time, Party B and its companies that actually control or act as agents or assist in Party B's business will be listed on the dishonest list; i.e., a supplier with which [Party A] will never cooperate.**

Article 6 If Party B violates the provisions of Paragraphs (2) and/or (3), (4), and (5) of Article 3 of this Agreement, in addition to assuming the liquidated damages in accordance with Article 5 above, Party B shall also pay Party A all the proceeds from this conduct. Party B shall pay Party A all the proceeds of the said breach of contract within 5 business days from the date of discovery by Party A. If Party B fails to make timely payment, Party A shall have the right to deduct directly from the contract amount and Party A shall have the right to recover the shortfall from Party B.

Article 7 For Party B, if the conduct indicated in Articles 1, 2, and 3 occurs, regardless of whether it is active or passive, and is actively explained to the Company, the Company may not hold Party B liable for its liability for its violation and may exempt it from penalties; the Company will also decide whether to maintain cooperation with Party B based on its cooperation attitude and its role in the investigation. The Company will provide more business cooperation support for suppliers who actively cooperate and provide key information.

**Article 8 If Party B knows/suspects that Party A's employees or other partners of Party A have violated the aforementioned stipulations, it is welcome to contact Party A's monitoring department or internal control and audit department. Once the information on fraud provided by the information provider is verified, depending on the significance of the clues and evidence provided by Party B, Party A will reward 5%-20% of the economic loss for the Company in this case, with a maximum reward of RMB 600,000. Suppliers who actively cooperate and**

[seal:]



**provide key information will be commended according to their willingness.**
**Article 9 Party A shall set up the following channels to accept Party B's reports on fraud by Party A's employees or other partners (Party A shall make every effort to keep the personal information and reports of all information providers confidential.)**

Article 10 This Agreement shall take effect on the date of signing. This Agreement shall be binding on any violations of the aforementioned stipulations by Party B and its related parties that are not actively disclosed after and before the signing of this Agreement. This Agreement shall continue to be valid for Party B's successors. If the parties sign a transaction contract, this Agreement shall be an appendix to the transaction contract and it shall have the same legal effect as the contract; if the parties do not sign a transaction contract, this Agreement shall be independently valid.

# SHEIN Ethics Temperament

## Inquiries │ Declarations │ Reports and Complaints

| | | |
|---|---|---|
| **Hotline** | **4008050360** | |
| **Email** | **jubao@shein.com** | WeChat: SHEIN Ethics Temperament |
| **Mobile** | **18102563198 (same number on WeChat)** |  |
| **Acceptance** | Monitoring Department, Bamboo Garden, Building B, Hengchuang Zhihui Park, 12 Yuangang Avenue East Road, Nancun Town, Panyu District, Guangzhou | |



Authorized Representative of Party A:
Date:

       [seal:] ROADGET BUSINESS PTE.LTD.
Registration No. 201939698G

Authorized Representative of Party B:
Date:



[seal:]

August 30, 2022

**Appendix 2:**

SHEIN Supplier Code of Conduct Commitment Letter

Date: _____ Month _____ Day, _____ Year

To: ROADGET BUSINESS PTE. LTD. (together with its affiliates, collectively referred to as the "Customer")

As a direct or indirect manufacturer or supplier of goods, excipients, and services to the Customer and/or its affiliates, we ("Supplier Partner") hereby irrevocably undertake and agree to abide by the following minimum codes of conduct in the procurement, manufacturing, production, promotion, sale, and handling of goods or provision of services to the Customer and/or its affiliates:

1. **Legal requirements.** All supplier partners must comply with local laws, rules, decrees, and regulatory requirements in the countries in which they do business.

2. **Employment must be voluntary.** The Supplier Partner shall not use forced labor, including prison labor, bonded labor, or other forms of forced labor, and shall comply with the provisions of the ILO Forced Labour Convention (including as amended, supplemented, or restated from time to time) or shall not purchase directly or indirectly from goods or service providers who use such forced labor.

3. **Employees must be over 16 years of age.** The Supplier Partner shall not employ (or provide for the performance of services) minors under the age of 16. If employing or providing employment to employees between the ages of 16 and 18, the Supplier Partner shall not require them to engage in work that is physically harmful in any form and must provide employees with the necessary job protection conditions.

[seal:]



4. **Do not discriminate.** The Supplier Partner shall not discriminate against any employee it employs, including but not limited to placing any unreasonable barriers or restrictions on employment, compensation, promotion, or discipline, in the areas of gender, race, religion, age, disability, sexual orientation, pregnancy, marital status, national origin, political opinion, trade union membership, social or ethnic background, or any other status protected by national/regional law.

5. **Respect freedom of association and collective bargaining.** Supplier partners shall respect employees' freedom of association and the right to collective bargaining. This includes the right of employees to form and join trade unions and other worker organizations of their own choosing without being subject to any harassment, interference, or retaliation as a result of the foregoing.

6. **Pay wages on time.** The Supplier Partner shall pay employees on time, and the wage shall not be lower than the minimum wage required by the laws of the country where the Supplier Partner is located and shall comply with the legal requirements for compensation for overtime work. The Supplier Partner shall not withhold employees' wages for disciplinary purposes.

7. **Do not harass or abuse employees.** The Supplier Partner shall respect its employees and shall not harass or abuse its employees physically, sexually, mentally, or verbally.

8. **Working hours.** The Supplier Partner shall reasonably schedule hours worked and comply with local legal and regulatory requirements.

9. **Workplace health and safety.** The Supplier Partner shall provide a safe, hygienic, and healthy work environment and take necessary measures to prevent accidents and injuries caused by, related to, or occurring during the work of employees.

10. **Minimize environmental impact.** The Supplier Partner shall strictly comply with any applicable environmental laws and regulations (including exhaust emissions, solid/hazardous waste, and wastewater discharges). The Supplier Partner shall take reasonable steps to mitigate the negative impacts of its operations on the environment and shall be committed to improving the environment continuously, protecting the environment, and maintaining the ecological balance.

11. **Review and oversight.** The Supplier understands and agrees that, with or without prior notice, the Customer and its designated agent shall have the right to take all reasonable and necessary measures to inspect and supervise the Supplier Partner's performance of this Code of Conduct, including but not limited to contacting all employees/laborers of the Supplier Partner, entering all areas such as the production or work sites of the Supplier Partner or the residential premises of laborers, and reviewing relevant documents and materials. Upon the Customer's request, the Supplier Partner shall immediately provide corresponding materials of proof according to the Customer's request to prove that it has met the requirements under this Letter. The Supplier Partner hereby undertakes that the supporting materials it provides shall be truthful, accurate, complete, and not misleading in relation to the views it has demonstrated.

[seal:]



12. **Improvement actions.** Upon discovery of a violation of this Code of Conduct by the Supplier Partner, the Customer shall (with the right but not the obligation) agree with the Supplier Partner on a rectification plan to resolve the violation within a reasonable period of time. If the Supplier Partner fails to rectify or refuses to rectify within a reasonable period of time after receiving the rectification notice issued by the Customer, the Customer shall have the right to cancel the order unilaterally and/or immediately terminate all commercial cooperation with the Supplier Partner, and the Customer shall not be liable to the Supplier Partner for breach of contract, infringement, or compensation in any form because of the aforementioned cancellation of the order or termination of the cooperation. In the event of any loss to the Customer caused by the Supplier Partner's failure to comply with any of the provisions of this Code of Conduct, the Supplier Partner agrees to be liable to the Customer for such loss (including but not limited to any costs incurred in seeking compensation for the loss from the Supplier Partner) after the relevant notice is given by the Customer. Specifically, for each one (1) item or service that violates the foregoing, the Supplier agrees to pay compensation equivalent to 3 times the purchase amount.

The Supplier Partner hereby expressly acknowledges the foregoing commitment to the Code of Conduct and agrees that the Customer shall have the right to disclose this Letter if required by laws, regulations, or governmental authority. The Supplier Partner further agrees that, in order to meet the requirements of regulatory authorities, the Supplier Partner shall sign a translated version of this Letter in accordance with the Customer's requirements. In the event of any inconsistency between the contents of such translated version and this Letter, all parties agree to be subject to the version recognized by regulatory requirements.

Authorized Representative of Party B:
(Signature and Seal)

[seal:] 

August 30, 2022

[seal:] 

Appendix 3: List of Relevant Systems

# Specifications for the Use of the Group Brand Logos and the Handling of Excess Stock for SHEIN Group Suppliers

As the global awareness of the group company's SHEIN-based series of goods/service brands continues to increase, illegal acts and violations of suspected infringement of the Company's brand are increasing daily. For example, when registering an account with the SHEIN name on major social and e-commerce platforms, the supplier sells excess stock to illegal middlemen without cutting the label, resulting in a large amount of excess stock with the brand logos pouring into the country and abroad, impacting our sales market and having a negative impact on the Company's brand image.

In order to maintain our common SHEIN Group company brand image and business image and to enhance the brand reputation of all partners cooperating with SHEIN, we hereby issue the following specifications to all partners for the use of the SHEIN Group brand logos and the handling of excess stock. Please follow and implement them:

## I. Definitions of Relevant Concepts

1. The **"group brands"** referred to in this Notice include the "SHEIN" main brand, sub-brands, and related derivative brands, including but not limited to "ROMWE," "SHEGLAM," ███████████████████████████████ ██████████████ etc., as well as newly developed and released brands of goods/services; **"brand logos"** refer to the image logos of the aforementioned brand trademarks and related visual elements, etc. Through brand logos, consumers and the market can directly associate or think of the relevant brand images;

2. The term **"excess stock"** in this notice refers to materials that were not purchased and sold on the shelf by SHEIN Group, are at the supplier's location, and bear SHEIN Group logos; that is, merchandise from which the labels have not been cut, including but not limited to samples, over-produced finished products, and finished products that were returned after company inspections or checks and were not successfully reworked;

3. "**Cutting labels**" in this Notice refers to the elimination of SHEIN Group brand logos from the merchandise or materials, which may not have any SHEIN-related markings; "**labels**" refer to the material carriers with SHEIN Group brand logos, including code labels, main label, washing labels, QR codes, packaging bags, label stickers, barcodes, and other consumables and accessories. In some cases, logos are printed directly on merchandise;

## II. Scope of Application of This Notice

1. Merchandise suppliers; i.e., suppliers that produce and manufacture sources of merchandise containing brand logos (including finished product suppliers and contract processing suppliers);

2. Material suppliers; i.e., suppliers that sell and produce the above branded materials

[seal:]



(including excipient suppliers and consumable suppliers);
3. Other suppliers producing branded merchandise or materials;

### III. Management Specifications for the Use of Brand Logos
### I) Prohibitive Provisions

1. Without the written permission of the Company, the supplier shall not entrust any third party to process or add brand labels to any goods and/or materials entrusted by the Company;

2. Without the written authorization or permission of the Company, the supplier is not allowed to apply for registration of an account or avatar logo with the brand name of SHEIN on social media platforms, its own media platforms, and other channels in China and abroad (including but not limited to WeChat, QQ, Weibo, Tieba, Douyin, Twitter, Facebook, Instagram, TikTok, etc.) or publish messages related to SHEIN on its account (except for the forwarding of official messages), such as posting clothing, accessories, consumables, etc. with SHEIN brand logos in Moments for self-promotion; 3. Without the written authorization or permission of the Company, the supplier is not allowed to apply or entrust others to open stores with the brand name of SHEIN Group on e-commerce platforms in China and abroad (including but not limited to Taobao, Pinduoduo, 1688, Shopee, Ebay, Amazon, Walmart, etc.), use SHEIN brand logos on the store avatar, or promote and sell products and materials with SHEIN brand logos online, or promote and sell other products in the name of SHEIN brands;

4. Without the written authorization or permission of the Company, the supplier is not allowed to carry out any activities or use in any form in the names of SHEIN Group brands, such as printing SHEIN brand logos on uniforms or impersonating the Company's staff to sign contracts with others;

5. The supplier is not allowed to handle or sell merchandise and materials bearing brand logos of the SHEIN Group in any form without authorization. If selling merchandise or materials from which the labels have not been cut to third parties, please refer to the separately released SHEIN Group Supplier Excess Stock Management Specifications;

6. The supplier shall not disclose to third parties matters related to cooperation with the Company through any channel or method or publish comments, articles, videos, etc. that infringe the Company's trade secrets and damage the Company's image;

7. Other inappropriate situations that damage or have the potential to damage the SHEIN Group brand image.

### II) Liability for Breach of Contract

The above prohibitive provisions must be strictly followed by the supplier. Once a violation or illegal act is discovered and confirmed, the Company will hold the supplier liable for breach of contract according to the degree of impact on the Company based on the contract signed by the parties and the breach of contract as well as relevant laws and regulations:

1. If it is confirmed that the violation or illegal act has had a small impact on the Company, the liquidated damages shall be from RMB 10,000 to RMB 30,000 with reference to the channels used;

2. If it has had a serious impact on the Company, such as the use of brand logos in multiple channels or doing this to make a profit, the liquidated damages can be from

[seal:]



RMB 30,000 to RMB 200,000 with reference to the comprehensive evaluation of factors such as the channels used, the scope of impact, and the amount of profit made by the supplier;

3. If it has had a truly significant impact on the Company's brand image, such as triggering online public opinion that is unfavorable to SHEIN or selling materials bearing SHEIN brand logos to third parties, cooperation with the supplier will be permanently terminated, the liquidated damages shall not be less than RMB 200,000, and the right to hold it liable for infringement through all legal channels shall be reserved.

4. With regard to the liability for breach of contract in the handling of excess stock by suppliers, please refer to the following excess stock management standards.

## IV. Excess Stock Management Specifications
### I) Prohibitive Provisions for the Disposing of Excess Stock

1. Offline private sales of excess stock without cutting labels or publishing related excess stock information is prohibited

With the exception of merchandise and materials that have passed the acceptance inspection and entered the Company's warehouse, the supplier shall not dispose of excess merchandise at the supplier's location without cutting the labels and shall not sell, transfer, or gift it to any third party offline, including any non-official recycling channels in China or abroad. For merchandise that is returned after failing the company's acceptance inspection and is not reworked successfully, if there are substantial quality problems (such as serious damage, chemical substances that harm the human body, etc.), it must be destroyed and not sold again;

2. Sales or publishing related excess stock information through online channels is prohibited

1) The supplier shall not itself or entrust others to put on the shelves or sell excess merchandise with links to SHEIN Group brand names and uncut labels on domestic and foreign e-commerce platforms or independent sites without authorization (including but not limited to Taobao, Pinduoduo, 1688, Shopee, Ebay, Walmart, Amazon, etc.); 2) The supplier shall not itself or entrust others to publish messages with sales links for excess merchandise and materials with uncut labels on Chinese and foreign social platforms and its own media channels (including but not limited to WeChat, QQ, Weibo, Douyin, Kuaishou, Tieba, Twitter, Facebook, Instagram, TikTok, YouTube, etc.);

3. After the supplier terminates cooperation, the supplier's management department shall urge the supplier to destroy the remaining materials with SHEIN logos or contact the materials department for recycling. Finished products may be repurchased based on the company's needs. The supplier must be clearly informed that the remaining merchandise may not be privately disposed of offline or online transferred or gifted to any third party without cutting the labels;

4. For styles and products independently designed and developed by the supplier (for cooperating suppliers of the merchandise center), except for those purchased by the company, the remaining styles shall be handled in strict accordance with the ownership agreement of the contract between both parties. SHEIN brand logos shall not be affixed and the SHEIN name shall be used for sales;

5. The supplier (for suppliers of consumables and excipients with which the Company

[seal:]


cooperates) shall not sell, transfer, or gift materials with SHEIN logos not purchased by the Company to any third party other than the Company;

6. Other violations and illegal handling of excess stock.

## II) Penalties for Breach of Contract

If the above violations and illegal acts are found and confirmed to be true, the Company will hold the supplier liable for breach of contract in accordance with the contract signed by the parties and relevant laws and regulations:

1. Liability for Breach of Contract in Offline Sales

(1)     Merchandise sales

① If the quantity of excess stock sold at a single time is less than 5000 pieces, when discovered for the first time, the supplier shall be held liable for breach of contract based on RMB 5/piece;

② If the quantity of excess stock sold at a single time is 5000-10,000 pieces, one-time liquidated damages of RMB 100,000 shall be imposed;

③ If the quantity of excess stock sold at a single time reaches more than 10,000 pieces, one-time liquidated damages of RMB 200,000 shall be imposed, and the penalty may be increased according to the actual situation if the situation is particularly serious;

④ If two or more of the above situations are found, they will be handled strictly, and the liability for breach of contract will be based on double the penalty standard for the quantity sold at a single time. If the situation is particularly bad, the penalty can be considered according to the degree of infringement and cooperation.

(2)     Material sales

If a merchandise supplier or material supplier directly sells, transfers, or gifts unexpended materials bearing SHEIN brand logos to a third party during the cooperation and after the termination of the cooperation, the supplier shall be obliged to cooperate with the company in the follow-up investigation of the receiving target and the company may unilaterally choose to terminate the cooperation while also requiring the supplier to assume one-time liquidated damages of RMB 100,000, unless the circumstances are serious.

[seal:]



2. Liability for Breach of Contract for Online Publishing and Sales

1) If it is found that the supplier has only published messages related to excess stock in Chinese and foreign e-commerce and social media platforms, its own media, and other channels but has not actually sold excess stock, it shall be held liable for breach of contract based on RMB 10,000 per message;

2) If it is found that sales messages were published on the above platforms and actual sales were carried out, the liquidated damages for publishing messages shall be determined in accordance with the provisions of the previous clause, while for the sales, the supplier shall be held liable for breach of contract based on three times the sales amount of the supplier. The specific amount may be considered by the Company according to the degree of infringement and cooperation.

3. Termination of Cooperation

If the supplier is found to have engaged in the above breaches of contract, the Company has the right to decide whether to terminate the cooperation based on the severity of the breach. If it is found that the supplier sold excess stock or materials without cutting the labels more than three times, the Company will directly terminate cooperation.

## V. Enforcement of Liquidated Damages

With regard to the enforcement of the aforementioned liquidated damages, the Company may directly deduct the amount from its settlement payment after issuing a notice of breach of contract and confirming receipt by the supplier. If the amount is insufficient, the supplier may be required to make up for the shortfall within one week.

The above is only an internal management standard, and does not mean that the Company waives its right to hold the supplier liable for illegal acts through legal means. If the disposal of excess stock using brand logos in violation of provisions or illegally truly causes a significant negative impact on SHEIN Group's corporate and brand image, the Company will not handle it internally and will directly pursue its administrative, civil tort, and even criminal liability.

## VI. Rewards for Reporting

The Company encourages suppliers to provide relevant clues on the use of brand logos and disposal of SHEIN excess stock in violation of provisions and illegally, including but not limited to other suppliers, low-price recycling, and middlemen who illegally resell SHEIN excess stock. After confirming that the reported information is true, the Company will provide corresponding rewards according to the results of the breach of contract liability investigation or infringement compensation. <u>Reporting email:</u> dajia@shein.com.

For suppliers who can take the initiative to report and provide direct and effective evidence, after verification, the Company will reward 10% of the recovered economic loss.

The whistleblower must ensure the authenticity of the content of the report. Any form of malicious reporting is prohibited. Reports of fabricated facts and false accusations will be held accountable after verification.

The above content shall take effect from the date of publication. All partners are kindly requested to abide strictly by it to avoid personally causing any loss to the SHEIN Group brand image.

[seal:]



**SHEIN GROUP**

**December 23, 2021**

## SHEIN Group Intellectual Property Infringement (Fabric Pattern Infringement) Penalty Specifications

Effective Date: 08/01/2022

### 1. Purpose

To provide fabric buyers, fabric pattern designers, and fabric merchants with the requirement to prevent and avoid infringement of third-party intellectual property rights during the selection and design and development stages and impose corresponding penalties for infringement and content taboo violations in order to reduce the occurrence of the infringement of fabric patterns and styles.

### 2. Scope of Application

Applicable to fabric buyers and fabric designers. Fabric merchants shall be liable for claims and penalties after infringement of fabric pattern design or selection.

### 3. Responsibilities



| Centers and Departments | Description of Responsibilities |
|---|---|
| ███████ | ████████████████████ |
| ███████ | ███████████ |
| | █████████ |
| ███████ | ██████████████ |
| | ███████████ |
| | ▌████████ |
| ████████ | ████████ and the supervision and enforcement of violations |

### 4. Details

4.1 General Guidelines and Requirements

The party selecting the fabric pattern (including ████████████ ████████ ) is solely responsible for [ensuring] that the products it provides or recommends to SHEIN do not infringe the intellectual property rights of third parties, including copyrights, trademarks, trade dress, designs and patents, and portrait rights, and that there are no content taboo violations. We expect fabric merchants to recommend to us designs and products that are free from intellectual property infringement, and violations of these requirements may result in fines and dissolution of cooperation.

4.2   Penalties for Fabric Pattern and Design Infringement and Content Taboos

#### 4.2.1 **Applicable Rules for Penalties**

In the event of intellectual property infringement of fabric patterns in the merchandise sold by the Company (including all brands, such as SHEIN/ROMWE), the penalties shall be initiated according to the following standards:

[seal:] ████

1) Infringement  Any one of the following elements constitutes infringement:
① A complainant or third party complains of the fabric-related pattern or design and it is determined to constitute infringement; or ② the fabric-related pattern or design is removed from the shelves by SHEIN because of infringement and determine to be infringing; or ③ the inclusion or use of content taboos issued and updated from time to time by SHEIN;

2) Fabric warehousing: For fabric patterns and fabric designs introduced into the material selection system ██████████████ after the release of these rules;

3) Person responsible for violation: The provider of the pattern or design that violates the regulations. Possible infringing parties ██████████████ ██████████████████████.

If ████████████████████████████████████████████████████████████████████████

| Person internally responsible for the infringement |
|---|
| ████████████████████████████████████████ |
| Fabric |
| Excipients |
| Style |

[seal:]

## 4.2.2 Penalty Standards for Infringement and Content Taboo Violations by Fabric Merchants

| Infringement type | Description of scenario | Penalty or compensation criteria (Supplier infringement) |
|---|---|---|
| Infringement of a general nature | Fabric patterns or fabric designs infringe third-party works, trademarks, patents, and portrait rights or content taboos on a global scale without serious infringement | Penalties are accumulated as follows:<br><br>1.  For all in-transit and inventory losses of the infringing fabric by SHEIN; and<br><br>2.  ██████████ the compensation shall be claimed based on 50% of the SHEIN dispute compensation ██████████████████████ ;<br><br>(The maximum limit of compensation recovered for the above two situations is US$20,000/single pattern) |
| Serious infringement | Duplicating or tampering with the identity and signature of the creator of the work | 1.5 times the above standard for penalties for infringement of a general nature |
|  | Batch plagiarism infringement: Infringing on more than 10 designs of the same complainant |  |
|  | Secondary infringement: Secondary infringement occurs (the infringing library pattern has been recorde ██ ██████████████████ ) |  |
|  | Infringing on SHEINX or SHEIN cooperation IP design patterns |  |
|  | Other serious infringement: Deliberately avoiding reviews, submitting false materials, etc. |  |
| Exacerbated penalties | Multiple infringements in the last year since the date of publication | If infringement of a general nature occurs 5 times (serious infringement is counted as 2 instances of infringement of a general nature), the cooperation with the fabric merchant is canceled; ████████████████████████ |

[seal:]



**4.2.3** █████████████████████

| | |
|---|---|
| ███████ | ██████████████████████ |
| | ██████████████████████ |

**4.3** █████████████████





[seal:]

### SHEIN Group Intellectual Property Infringement and Content Taboo
### Violation Penalty Specifications
**Effective Date:** 07/01/2022

**1.**





[seal:]

### ▮ Details

4.1 General Guidelines and Requirements

▮ suppliers of merchandise are solely responsible for ensuring that the products they provide to SHEIN do not infringe the intellectual property rights of third parties, including copyrights, trademarks, trade dress, designs and patents, and portrait rights, and that there are no content taboo violations. We expect suppliers to provide us with designs and products that are free from intellectual property infringement and content taboos. Violations of the following guidelines may result in fines and dissolution of cooperation.

|  | Guidelines | Requirements |
|---|---|---|
| 1. | **Third-party trademarks**<br><br>Note the "TM" (™) or "R" (®) symbol after a word or phrase. Marks with a ™ or ® symbol are warning signs that the marks may be protected as trademarks. The use of the ™ mark may not be a registered trademark. However, unregistered trademarks may still be protected by trademark law. The ™ and ® symbols are not required, and words, phrases, or logos without them may still be protected trademarks.<br><br>Photographs of products with well-known trademarks in their background may constitute trademark infringement.<br><br>Registered trademarks may be searched through the World Intellectual Property Organization database: https://branddb.wipo.int/branddb<br><br>Examples:<br><br>   &bull;  Clothing products may display phrases or logos with the symbol "TM" (™) or "R" (®) on product labels, such as collar labels, arm labels, or back pocket labels.<br><br>   &bull;  Shirt products may display a phrase or logo on the front of the shirt with a "TM" (™) or "R" (®) symbol at the end of the phrase or logo. | **Third-party trademarks**<br><br>Do not use registered trademarks and other marks that are known or reasonably should be known to be owned by third parties for products or product labels. Do not use third-party marks marked with the ™ or ® symbol.<br><br>Do not use well-known trademarks or logos in the background of product photographs. |
| 2. | **Commercial design**<br><br>Combinations of shapes or the overall appearance of goods may be protected as registered trademarks or unregistered trade dress. Elements of the merchandise may also be protected as registered trademarks or unregistered trade dress.<br><br>Examples: | **Commercial design**<br><br>Do not offer merchandise that replicates the shape combinations or overall look of well-known brands. |



[seal:]

| | | |
|---|---|---|
| | • A brand may have a registered trademark for the overall appearance of a well-known product, including shoes, handbags, or jewelry products that consumers may be familiar with.<br><br>• A brand may also have a registered trademark for the appearance of a part of a well-known product. For example, a brand may have a registered trademark only for the appearance of the sole (the top of the shoe can be any design) or only the appearance of the handle of the handbag (the remaining body of the handbag). can be any design). In these examples, the brand owner claims that the sole or the handle of the handbag is so well known that the consumer would think the product was created by or affiliated with the brand.<br><br>• Even if the product design is not registered, the brand may claim that it has unregistered trade dress rights to the overall appearance of well-known products (e.g., well-known shoes). | |
| 3. | Exterior design patents and community design<br><br>The configuration or overall appearance of merchandise may be protected as a registered design patent. Elements of the merchandise may also be protected as registered design patents or registered community or unregistered community designs.<br><br>Design patents registered in the United States and community designs registered in other countries can be searched through the WIPO database: https://www3.wipo.int/designdb<br><br>Examples:<br><br>• Brands may have patents covering the overall appearance of the product or the appearance of some components of the product, whether or not the product is well known. For example, a new design for the overall look of a shoe or handbag that has not yet been released to the public may be protected as a design patent. | Exterior design patents and community design<br><br>Do not provide reproductions of unique designs that may be protected as U.S. design patents or community designs in other countries/regions. |
| 4. | Images of fictional characters<br><br>Fictional characters (e.g., characters in television, animation, anime, video games, or movies) are protected by copyright law.<br><br>Examples:<br><br>• A creator of a fictional character may own the copyright of the character itself, regardless of how the character is drawn (happy or sad or wearing different clothes). Even if you create an original drawing of a fictional character, there may still be potential copyright issues if the character is still identifiable. For example, the author of a book who created an illustrated character may allege that a T-shirt design using the illustrated character infringes copyright. | Images of fictional characters<br><br>Do not provide a product that reproduces images of fictional characters or creates images of fictional characters that are still identifiable. |
| 5. | Celebrities<br><br>The use of a person's name, image, or likeness is protected by the right of publicity and may not be used without the person's permission. This includes original drawings of celebrities. | Celebrities<br><br>Do not provide products that use the name, image, or likeness of a celebrity without permission. |



[seal:]

|   | Examples: | |
|---|---|---|
|   | •Names, images, and likenesses of celebrities are generally protected.<br>•If a celebrity died decades ago and his or her image is no longer protected by the right of publicity, the celebrity's name may still be protected by trademark law. If the name of a living or deceased celebrity is a registered trademark, his or her name may not be used without permission. | |
| 6. | Third-party websites and social media<br><br>The content on third-party websites and social media content, including any product designs, printed graphics, drawings or illustrations, is copyrighted and does not require copyright registration. Etsy is a common platform used by independent designers to sell products with original designs.<br><br>Examples:<br><br>•   If an artist posts a photograph of his or her original work on his or her Instagram account, the work may be copyrighted and may not be used as a sticker, phone case, or shirt design. | Third-party websites and social media<br><br>Do not provide products that are derived from third-party websites, artists/creators, or third-party product designs, printed graphics, paintings, or illustrations from social media, unless such graphics or designs are authorized for commercial use. |
| 7. | Product photographs<br><br>Photographs of products taken from third-party websites or social media accounts are protected by copyright law and do not require copyright registration. | Product photographs<br><br>Do not use product photographs taken by third parties. Photographs submitted for use on the SHEIN Website must be photographs you have taken or commissioned or for which you have acquired authorization. |
| 8. | Graphic designs<br><br>Patterns and other printed designs (e.g., floral patterns) may be copyrighted. Minor modifications, such as color changes or minor modifications to individual design elements, may not be sufficient to avoid intellectual property infringement. Even if individual elements are modified, there may still be IP issues if the overall appearance of the pattern design is substantially similar to the third-party pattern design you used for inspiration. Pattern designs purchased in stores or street markets may be copyrighted and may be used for personal use, but not for commercial use. If the design comes from an image assets website and a commercial license fee has been paid, the intellectual property risk may be lower.<br><br>Examples:<br><br>•   Basic patterns common in fashion may not be copyrighted, such as basic stripe, hounds tooth, or checkerboard patterns. However, original pattern designs with more complex details may be copyrighted, including floral patterns or other common patterns such as animals, butterflies, and mushrooms. | Graphic designs<br><br>Do not offer products that reproduce third-party graphic designs. You can design or create your own original pattern using an authorized pattern.<br>You should make sufficient modifications so that the design you provide to SHEIN is no longer considered the same design as any third-party design referenced.<br>We have the right to ask you to provide us with evidence of the original design or license in the event that we are unsure whether you have copyright. |


[seal:]

| 9. | Artwork | Artwork |
|---|---|---|
| | Artwork, including illustrations and graphic designs, may be copyrighted even if it looks like a simple design. Artwork taken from any product can be copyrighted, such as artwork taken from paintings, stickers, shoes, or pins. If you pay a license fee for commercial use, the use of artwork from an image assets website may pose a lower risk of intellectual property infringement. | Do not provide products that reproduce third-party artwork designs. You can design or create your own original pattern using an authorized pattern. You should make sufficient modifications so that the design you provide to SHEIN is no longer considered the same design as any third-party design referenced. |
| | | We have the right to ask you to provide us with evidence of the original design or license in the event that we are unsure whether you have copyright. |
| 10. | Copyright symbols, signatures, or watermarks

Artworks that contain the "C" copyright symbol ©, signatures, or watermarks are warning signs that the artwork may be copyrighted.

Examples:

•   Paintings or digital illustrations with artist signatures in the lower left or right corners of the artwork cannot be cropped to remove signatures. In addition, artwork cannot be cropped to be used as a product design, such as a phone case or sweatshirt. | Copyright symbols, signatures, or watermarks

Do not provide products with artwork with any © symbols, signatures, or watermarks.

Do not provide products with artwork from which © symbols, names, or watermarks have been removed or deleted. We will consider this fraud against SHEIN. |
| 11. | Decorations or hardware

Decorations and hardware may be protected by copyright and/or trademark laws.

Examples:

•   Decorations on shoes or closure hardware on bags. | Decorations or hardware

Do not provide products that replicate unique decorations or hardware. Products should use common decorations or hardware or you should create your own decorations or hardware designs. The products should be modified so that no third-party design you referenced is identifiable in the design provided to SHEIN.

We have the right to ask you to provide us with evidence of the original design or license in the event that we are unsure whether you have copyright. |
| 12. | Lace

Lace designs are copyrighted and do not require registration. Lace is difficult to search for and determine if it violates protected copyrights. Lace purchased in a store or street market may be copyrighted and may be used for personal use, but not for commercial use.

Examples:

•   This may include underwear that is completely covered with lace or lace trim on the chest or hem of the garment. | Lace

Do not offer products that replicate lace designs. You should create an original lace design or obtain authorization from a third-party lace manufacturer for the lace design.

We have the right to ask you to provide us with evidence of the original design or license in the event that we are unsure whether you have copyright. |

[seal:]



| 13. | Utility patents | Utility patents |
|---|---|---|
| | Electronics may include technologies covered by utility patents that cannot be determined by looking at product photographs.<br><br>Examples:<br><br>• Smart devices may include several electronic features covered by utility patents that do not take into account the appearance of the protected device. For example, the smart devices of brand "A" may infringe on brand "B's" utility patents, even if brand "A's" smart devices look completely different from brand "B's" smart devices. | Be careful not to use products covered by utility patents when providing electronics. |
| 14. | Third-party fast fashion brands | Third-party fast fashion brands |
| | While basic or generic designs may not have intellectual property protection, fast fashion brands may create their own prints and illustrations. | Please avoid offering products that use printed graphics and illustrations from products sold by fast fashion brands unless such graphics or illustrations have been licensed by the owner.<br><br>We have the right to require you to provide us with evidence of the original design or license. |
| 15. | Third-party market websites | Third-party market websites |
| | Finding a design on third-party markets such as Amazon, Alibaba, Etsy, Ebay, or Redbubble does not mean that the design is not IP protected and can be used. Such markets often contain designs that infringe third-party trademarks and original designs. | Please avoid offering products that replicate original designs on third-party market.<br><br>We want you to provide us with original designs and products.<br><br>We have the right to require you to provide us with evidence of the original design or license. |



[seal:]

## 4.2    Penalties for infringement of goods and content taboo violations

### 4.2.1 **Applicable Rules for Penalties**

In the event of intellectual property infringement or content taboo violations in the merchandise sold by the Company (including all brands, such as SHEIN/ROMWE), the penalties shall be initiated according to the following standards:

1) For merchandise with complaints of infringement or content taboos (regardless of the time of listing); if SHEIN has paid compensation for an infringement dispute that occurred before the date of publication of these rules, recovery shall be carried out according to the standards stipulated in SHEIN Infringement Prevention System 2.0 (i.e., 30% of the SHEIN compensation amount, limited to US$1500 for a single pattern);

2) The rights holder or third-party complains of the relevant merchandise and it is determined that the merchandise is in violation. Violations include intellectual property infringement and content taboos;

3) The person responsible for the violation is the provider of the violating pattern or design ██████████████████████████████.

### 4.2.2 **Criteria for penalties for supplier infringement and content taboo**

**violations**

| Infringement type | Description of scenario | Penalty or compensation criteria (Supplier infringement) |
|---|---|---|
| Infringement of a general nature | Third-party works, trademarks, patents, and portrait rights or content taboos are infringed without serious infringement | According to (1) 50% of the compensation amount of SHEIN [if SHEIN does not compensate, it shall be calculated based on US$150/pattern] or (2) 10% of the amount of infringing merchandise sold by the supplier to SHEIN, whichever is greater; |
| Serious infringement [Serious infringement is when any of the outcome severity criteria or behavior criteria on the right is met] | Outcome severity criteria: Serious infringement meets any of the following outcome criteria: Compensation amount > $5000; legal proceedings are involved; first-level media coverage and attention are incited (see the comments for the list of first-level media); social media comments >= 1000; investigated by administrative authorities, etc. | According to (1) 100% of the compensation amount of SHEIN [if SHEIN does not compensate, it shall be calculated based on US$500/pattern] or (2) 20% of the amount of infringing merchandise sold by the supplier to SHEIN, whichever is greater; |
| | Counterfeit goods infringement: Consistent with or highly similar to third-party trademarks and used as a brand name | |
| | Duplicating or tampering with the identity and signature of the creator of the work | |
| | Batch plagiarism infringement: Infringing on more than 10 designs of the same complainant | |
| | Infringing on SHEINX design elements or SHEIN cooperation IP elements | |
| | Secondary infringement: Secondary infringement occurs (the infringing library pattern has been recorded and the supplier has SMP permission) | |
| | Other serious infringement: Deliberately avoiding reviews, submitting false materials, etc. | |
| Exacerbated penalties | From 07/01/2022, there have been multiple infringements in the past two years | 1. In the event of 5 infringements of a general nature (serious infringements are counted as 2 infringements of a general nature), the supplier's grade is downgraded by one level; 2. Cooperation is canceled when a total of 10 infringements of a general nature have occurred |



[seal:]

**Schedule: First-Level Media List**





[seal:]



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**ODM新采购合作框架协议**███" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.



Dan McCourt

Sworn to before me this
August 11, 2023

_____
Signature, Notary Public

_____
Stamp, Notary Public

# ODM新采购合作框架协议

框架协议编号：SP-220829-02487
**甲方：ROADGET BUSINESS PTE. LTD.**
注册地址：███████████████████

联系地址：广州市番禺区红棉路6号
联系人：ROADGET BUSINESS PTE.LTD.
联系电话：
███████████████

**乙方：**███████████████
法定代表人：███████
营业执照号：███████
注册地址：广东省广州市天河区广州大道中1432号101房自编1006
身份证：███████
联系地址：沙河新潮都一楼1000档
联系人：███████
联系电话：███████

（本协议中，甲方和乙方可分别被称为"**一方**"或"**各方**"，或共同称为"**双方**"。）

鉴于：
1、双方均为依据相关法律合法注册及存续的公司；
2、在签署本协议时，双方都具有履行本协议所需的资格、证照和许可；
3、甲方希望向乙方采购服饰等产品，乙方愿意持续为甲方提供质优价廉的商品和服务。

根据中国有关的法律、法规和规范性文件的规定，各方经友好协商，达成一致协议如下：

## 第一部分 专用条款

### 一 定义
(1) "**产品**"：指甲方根据本协议的规定向乙方采购或有权向乙方采购的商品，包括但不限于服饰、鞋包及饰品（如适用）等。
(2) "**订单**"：指在本协议项下，甲方向乙方采购产品使用的《采购订单》（无论书面、电子或其它形式）及双方同意的属于订单内容的其它约定，订单内容应包括但不限于产品种类、名称、规格、包装单位、条形码、数量、含税价、交货期限、交货地点等具体信息。
(3) "**ODM**"：乙方开发和/或设计产品款式，甲方选择相应款式后，乙方生产产品，并根据甲方要求负责产品拍摄及提供产品展示图。
(4) "**系统**"：███████████████████
███████████████████████████

(5) "**合作期限**"：指自乙方在系统开通账号后起算的以下时间段的总和：(1)试用期（如下文定义）；以及(2)仅在甲方根据本协议规定在试用期后同意继续乙方合作的情况下，自试用期开始之日起至____年___月___日（但扣除试用期）。

(6) "**试用期**"：指合作期限的前3个月或双方其它书面约定的时间。

(7) "**异常金额**"：指包括但不仅限于因缺货、少货、货损、到货不符、违约责任、赔偿责任、罚款、扣款、代垫税费/运费等，未根据订单要求提供产品的金额。

## 二 合作

### 1. 合作内容

(1) 甲方同意向乙方采购，且乙方同意向甲方出售产品。甲方向乙方采购的产品具体信息应根据甲方不时发出且乙方接受的订单为准。

(2) 本协议项下，双方同意采用ODM的方式进行合作。

### 2. 期限

双方同意，在试用期届满后，若甲方同意继续与乙方合作，乙方同意继续根据本协议规定的条款和条件与甲方进行合作。双方同意在前述继续合作的情况下，本协议的有效期及合作期限应自动延长1年。除非任何一方在合作期限届满前至少提前30个自然日书面通知另一方其不希望延长，合作期限应自动延长1年。为免疑义，甲方有权于合作期限内的每季度末对乙方的表现进行考核（考核方式、标准等由双方另行确认），并根据其考核结果决定继续或终止与乙方的合作并通过提前30天通知终止本协议。

### 3. 订单提供方式

甲方的订单可通过以下一种或多种方式提供给乙方：

□书面方式（邮件/即时通讯工具）
R信息系统：通过甲方向乙方提供的账户，登录系统，并在该系统内传输订单。

### 4. 订单模式

甲方根据上述第3条规定将采购需求推送至乙方后，视为订单生效。乙方需严格按照订单内容及本协议条款内容履行产品交付等本协议及订单项下的相关义务。除甲方确认并提前通知相关产品款式已停产或下架或本协议另有规定外，乙方不得取消订单。

### 5. 发货和包装、制度遵守

具体发货及包装要求以甲方提供的供应商带教资料（如有）或系统相关公告规定中的最新规定为准，包括但不限于《SHEIN产品标识标准》和/或《SHEIN服装标识包装规范》等规范、制度、指引的最新版本。乙方进一步在此同意遵守甲方关于商品及供应商管理的各项在系统中披露的制度，包括但不限于本协议《针对SHEIN集团供应商使用集团品牌标识和尾货处理的规范》、《希音集团知识产权侵权（面料图案侵权）处罚规范》以及《希音集团知识产权侵权及内容禁忌违规处罚规范》。乙方在此确认其已了解并知悉前述列举的规范、制

度、指引的相关内容，并在此认可该等规范、制度、指引的合理性并承诺遵守该等规范、制度、指引及其不时更新的要求和规定。

## 6. 物流

乙方应根据甲方系统的提示选择物流商进行发货，运费承担规则以甲方最新要求（新供应商带教资料（如有）或系统相关公告规定中的最新规定）为准。如涉及产品进出口、报关或清关事宜，乙方应配合甲方完成相关产品的进出口、清关及报关事宜，根据甲方的要求提供与产品相关的真实、完整、有效且不具有误导性的资料及信息。为免疑义，甲方应承担所有与产品报关、清关有关的责任，但由于乙方提供的信息、资料存在问题，或其恶意、欺诈或重大过失行为导致的责任除外。

## 7. 结算

(1) 甲方以采购入库且经甲方验收合格的产品数量为准，与乙方结算货款。甲方对乙方的履约表现进行登记分类和管理，乙方通过试用期后，甲方将对乙方进行考核及评级，并根据给予的考核等级确定相应结算周期、结算方式及结算要求。前述考核及评级的标准，以及对应等级的结算周期、结算方式及结算要求等政策应通过系统公告或线下书面方式供乙方阅读，乙方有义务不时查阅该等政策以确保其了解和知悉该等政策（"**结算政策**"）内容和规定，并根据该等政策规定进行本协议项下费用结算。

(2) 试用期内，双方同意按月结方式（对应结算政策中"N等级"的结算周期，"**结算周期**"）结算货款，即甲方在每个结算周期的出账单日（如其在结算政策中规定）出具当期账单，乙方应在接收到账单的3个自然日内进行对账确认。甲方将该结账月确认的结算金额支付给乙方（前提是乙已根据第7(4)条规定提供账户信息）。

(3) 为免疑义，甲方在每个结账周期开始与乙方对上个结账周期的销售金额进行对账，并扣除乙方异常金额，乙方应在接收到账单的3天内进行对账确认，如乙方在收到账单后3天内未进行确认或提出异议，视为乙方确认账单。如乙方存在任何异议，应在收到账单后的1个自然日内向甲方提出，并应在2个自然日内与甲方就该等异议进行沟通和达成一致，若无法达成一致，应以甲方账单内容为准。甲方在该结账周期按共同确认的结算金额向乙方支付款项。另，当乙方存在当期货款不足以抵扣累计未结算的异常金额的风险时，甲方有权暂不支付当期货款，待风险解除后，随下期账单一起结算，如下期账单不足以抵扣全部异常金额，乙方应另行支付剩余未抵扣部分。

(4) 乙方应在甲方首次付款前15日内以加盖乙方公章的书面形式向甲方提供收款银行账户信息，乙方应当保证提供的账户信息准确无误，后续账户信息如有变更，乙方应提前10个工作日以加盖乙方公章的书面形式向甲方提供新的收款账户信息。

(5) 在完成前述对账流程后，甲方应将相应结算金额以电汇的方式支付至乙方的上述账户。若甲方要求乙方提供发票的，乙方在甲方付款前5个工作日内向甲方提供对应付款金额（即结算金额）的符合甲方财务要求的发票，甲方应在收到

发票后的约定时间内付款。因乙方无法或延迟提供发票或提供的发票不符合要求，导致迟延付款的，由乙方承担迟延付款的责任。如任何前述的支付期限最后一天为节假日，则顺延至节假日后第2个工作日。如双方因对账确认延迟而导致付款需要延迟的，则甲方的付款时间顺延至下一账期支付。

(6) 如因乙方未按时通知收款信息或通知不当导致甲方延期付款或无法转账的，甲方不承担任何责任。若乙方指定的收款账户非为乙方名义开设的银行账户，则乙方需向甲方出具加盖乙方公章及收款方公章（若收款方为自然人，则需收款方签字捺印）的符合甲方要求的委托收款书，甲方对上述银行账户支付费用即视为向乙方完成了应付结算货款的支付。在代收款过程中，该受托人的一切行为，均代表乙方，与乙方的行为具有同等法律效力，乙方将承担该受托人行为的全部法律后果和法律责任。乙方或其代收款方因代收款产生的纳税义务或任何争议、纠纷、责任、义务，均与甲方无关，甲方不承担任何责任。

(7) 在终止合作前，甲方有权保留乙方最近 30 天订单总金额*10%（下限为 500元，上限为 20000 元）作为履约保证金。保证金将用于抵扣异常金额等甲方有权在结算货款中扣除的事项。扣除完成后剩余保证金将在双方终止合作前最后一结算周期向乙方支付。如在合作期限内的任何时候，如甲方在任何时候使用了前述保证金用过异常金额的支付，甲方应有权在之后的结算费用过程中，保留相应金额，使得保证金恢复至上述履约保证金的总金额。

## 8. **价格承诺**

(1) 针对任何同样的产品，其报价一经订单确认后，非经甲方同意，不得单方调高报价。

(2) 乙方产品有降价调整或发现甲方订单价格高于乙方报价时，应主动调价并及时在其知道或应当知道之日起1个工作日内通知甲方，自通知日起执行新价格，如乙方未及时通知，甲方有权按照上概述第(1)条的规定要求乙方双倍返还多支付的采购费用。

## 9. **退货**

在发生退货的情况下，乙方应立即根据下述不同情形将相应费用支付给甲方，以补偿甲方处理该等产品发货及退货的运费：

(1) 如在甲方承担运费的情况下，乙方应按退货运费金额的2倍支付给甲方；

(2) 如运费是甲乙双方对半承担的，乙方应按退货运费金额支付给甲方；

(3) 如乙方自提退回货物，则无需另行支付退货运费；

乙方未及时支付前述费用的，甲方有权从任何应付但未付的货款中扣除前述乙方应支付的费用。

如产品因质量、尺寸等产品自身问题被终端消费者退货，甲方有权将相关被退货的产品以及剩余该产品的库存的全部或部分退还给乙方，具体处理方案以甲方系统或线下最新公告的规定为准，包括但不限于《SHEIN售后产品退件质检规范》的最新版本。

### 10. 账号管理

(1)如乙方使用甲方系统接受订单及进行交货、结算等后续操作，乙方同意甲方根据系统相关公告规定中的最新规定（包括但不限于《账号管理规范》等的最新版本）对乙方所持有的系统账号进行管理。

(2) 如乙方违反前述系统公告的规定开设多个账号，甲方有权根据系统公告规定，要求乙方支付不低于人民币5万元的违约金，并在一定期限内限制乙方的产品上新。

### 11. 其它

☐本条不适用

☒本条适用，具体规定如下：

产品款式、设计及图片、视频相关知识产权：

(1) 乙方应向甲方提供乙方自主拍摄或有权授权给甲方使用的产品图片及视频。针对乙方提供产品的款式，乙方在此不可撤销地授予甲方一项永久性、独占和排他性许可，许可甲方在全球范围内发布、展示、重制、改进或以其它方式使用乙方的产品及相关款式设计（包括但不限于进行再许可或就该等知识产权进行维权活动等），且乙方不得自行或再授权任何第三方对外发布、展示、重制、改进或以其它方式使用前述款式设计（但为履行本协议项下义务除外）。

(2) 针对乙方提供的产品的照片、图片和/或视频，乙方在此同意向甲方转让其所享有的该等产品的所有照片、图片和/或视频相关的权利、权力和权益，以使得甲方拥有对该等照片、图片和/或视频在全球范围内的所有权及知识产权（包括但不限于就该等照片、图片和/或视频进行相关知识产权注册、登记及进行维权等权利，且无论甲方最后是否将该等照片、图片和/或视频用于产品的商业化运营）。乙方进一步同意尽一切努力配合甲方完成前述照片、图片和/或视频权益的转让的完善，包括但不限于签署相关政府机构要求的转让书、声明函等文件或进行其它甲方要求的合理措施。

(3) 除本条规定的除外情形以外，双方同意，甲方向乙方作出首次订单项下的相关产品采购款中已包含了乙方根据第(1)项授予甲方前述许可及根据第(2)项转让相关知识产权的充分、有效及全部对价，甲方无需就前述许可或转让另行支付任何采购款以外的许可费或转让款。尽管有前述规定，在出现以下任一情形时，乙方根据第(1)项作出的许可将不再有效，且甲方有权将乙方根据第(2)项向其转让的知识产权以0对价转让给乙方：(a)甲方书面认定存在侵犯第三方知识产权情况的相关产品；(b)被甲方认定为质量等级为D或类似级别的产品，且甲方已停止售卖前述质量的该产品，并通过GMP系统告知乙方该等产品的质量等级为D；或(c)其它双方书面同意不再受限于前述限制的知识产权或产品。

(4) 如由于任何原因，在任何情况下乙方或其相关人员提供的授权或拟转让的知识产权被认为是"职务发明"或"职务作品"，乙方在此不可撤销地同意自行和/或促使其相关的雇员、主管人员和其他代表无偿将所有该等"职务发明"或"职务作品"以及其相关的所有资料和信息的所有权利和利益（包括但不限于服务知识产权）转让乙方，以使得乙方能够实施本协议项下的转让或许可交易。

(5) 为免疑义，本条许可项下义务对任何乙方或本协议的继受者或受让人均有法律约束力，乙方不应通过股权或资产的转让、授予或其它安排变相使得第三方获得使用前述产品款式、设计、图片、视频等知识产权的权利或使其有权进行与之相关的生产、营销或业务。

(6) 自双方就相关产品确认首次订单之日后，乙方应尽快（且最晚在5个工作日内）按照甲方要求的方式提供及交付所有与前述许可和知识产权转让相关的产品款式、设计、照片、图片及视频资料。其中针对乙方根据本协议同意转让知识产权权益的产品的照片、图片和/或视频，乙方应提供其就同一产品制作和持有的所有照片、图片和/或视频的原片以及所有与该等产品照片、图片和/或视频的改进作品。

(7) 如乙方违反本条第（1）项或第(2)项约定同时授权其它第三方使用或向该第三方转让产品设计或其照片、视频，甲方有权要求乙方撤回向第三方提供的产品款式、图片及视频使用权或所有权，并按3000元/图片、视频、款式或甲方实际损失（以金额较高者为准）对甲方进行赔偿。若在任何时候乙方违反本条第（1）项或第(2)项约定自行或使得第三方有权使用相关产品的设计，或其照片、图片和/或视频并就此获得收益，甲方有权除前述赔偿外，要求乙方补偿甲方损失的合理收益，该等收益金额应不低于乙方违规授权或转让相关知识产权和第三方使用该等知识产权获得的收益的总和。

(8) 如乙方为提供产品图片和视频委托了任何模特，乙方在此陈述及保证其已获得所有该等模特授予的或法律规定的使得甲方有权在全球范围内永久发布、推广和使用该等模特的影像、肖像的同意和许可。

(9) 乙方承诺向甲方提供的款式、照片和视频为乙方独立设计及拍摄完成且为原创作品，或为其已获得充分权利可授权他人使用的作品，不侵犯任何第三方知识产权、模特肖像权及隐私权等相关权益。若因乙方提供图片或作品侵犯第三方权益导致甲方损失的，所有损失应由乙方承担，甲方有权退回侵权涉及的商品，除要求乙方承担损害赔偿之外，甲方有权按10000元/张标准进行违约扣罚。

(10) 如乙方需指定甲方代为拍摄产品图片及视频，相关费用及合作细节以甲方系统中公告中的最新规定为准。甲方所拍摄产品图片及视频的知识产权归甲方所有，未经甲方书面授权，乙方禁止使用。


## 三 效力

1. 本协议自双方签署之日起生效。本部分是对本协议第二部分 通用条款的补充和修改，如与一般条款有冲突，以本部分的相关内容为准。

2. 如乙双方在本协议签署之日前签署《采购合作框架协议》等买卖合同（以下简称"原协议"），原协议在本协议签署之日起终止。

## 四 附件

本协议附件为本协议的组成部分，与本协议具有同等法律效力。附件与本协议约定有不一致的，以附件为准。本协议附件包括但不限于以下内容：

附件一：《阳光采购&反商业贿赂协议》
附件二：《SHEIN供应商行为准则承诺函》
附件三：相关列举的制度

## 第二部分 通用条款

### A. 供应商管理操作系统

1. 乙方在使用甲方系统时，有义务妥善保管用户名和密码，不得擅自转让或授权他人使用。乙方同意及理解，所有通过其账号对系统进行的操作均被视为甲方的行为，预防对该等行为承担一切责任。

2. 甲方对系统拥有全部知识产权，乙方不得通过任何方式获取系统的源代码或者以非法形式或目的使用系统或对系统进行任何反向工程；未经甲方同意，乙方不得让第三方学习、使用、操作或处理该系统。若乙方违反前述约定，甲方有权解除本协议，并要求乙方承担人民币10万元的违约金；若乙方行为造成甲方损失的，违约金不足以支付该损失时，甲方有权要求乙方按甲方全部损失承担赔偿责任。

### B. 产品标准

双方同意，甲方可根据其不时制定的业务规范，不断的修改在产品上粘贴标签条码和产品规范包装的要求。具体的产品包装要求和运输方式以甲方不时提供给乙方使用的系统中对应内容的规定为准。乙方有义务及时从系统中获悉甲方更新的标准。

### C. 陈述与保证

乙方在此向甲方陈述和保证：

1) 其为依法设立并有效存续的法人，其已根据有关适用法律和法规取得从事相关业务所需获得的全部政府批准、资质、许可等，其有权订立本协议和履行本协议项下义务。乙方应在本协议订立同时向甲方提供前述证明文件；

2) 其股东会（如适用）或其他拥有批准本协议的权力机构已正式及有效地采取所有必要的措施或其他行动批准本协议的签署、递交及履行本协议；

3) 不存在将影响其履行本协议项下义务的能力的、已经发生且尚未了结的诉讼、仲裁或其他司法或行政程序，而且据其所知无人威胁将采取上述行动；

4) 其根据本协议约定向甲方提供的资质等所有证明文件均为真实有效且合法的；

5) 其为其所供应的产品的唯一产权所有人，持有产品完整的所有权。不存在任何第三方对产品享有任何主张的情况，也不存在任何在产品上设置的权利负担。其所供应的产品不存在任何侵犯第三方合法权益（包括但不限于任何商业秘密或知识产权）的情形，如其所提供的产品实际或可能侵犯第三方合法权益，甲方有权经书面通知退还乙方提供的产品，退货相关费用由乙方承担。

6) 其已遵守所有其设立地指定的适用法律的规定，包括所有与劳动及环境相关的法律规定。其所提供给甲方的产品在采购、制作、生产、推广、销售及处理过程中并未涉及或使用任何违规的劳动力情形，包括强迫劳动、童工、监禁劳动或其它违反产品生产地劳动相关法律法规的情形。在甲方提出特别要求的情况下，乙方应向甲方出具书面合规证明，证明其已满足和遵守相关适用的劳动和环境标准要求。所有向甲方制作和销售的产品应在符合以下标准的情况下生产和制作：(i)生产地所适用的关于强迫劳动、童工、监禁劳动、最低工资、超时工作补偿的法律要求；以及(ii)国际劳工组织关于强迫劳动的协定的规定。在任何情况改下，乙方不得使用向其劳工实施人身处罚或类似的虐待性策略。此外，在甲方要求的情况改下，乙方同意签署如本协议附件二的《供应商行为准则承诺函》。

7) 乙方确认，产品生产过程中如需使用任何为生产产品而进口或采购的原材料，相关生产商应对该等原材料进行单独保管、储存和处理，不得使该等原材料和其它为供应给第三方产品而使用的原材料产生混同或污染。

8) 乙方进一步明示承诺和同意，本协议签署后，其将遵守甲方不时通过系统向其提供的与本协议项下产品及履约有关的规定、政策和要求，包括但不限于任何甲方享有的对其违反该等规定、政策和要求时的处罚权力和处罚措施。

**D. 产品质量**

1. 乙方所提供产品应为原厂生产的全新正品，乙方保证产品质量符合国家（生产国、中国、美国及欧盟等）的相关产品质量标准（如有）质量标准、生产、卫生标准及甲方要求的质量标准和生产、卫生、检验检疫标准。乙方应依甲方要求，向甲方提供相关证明文件，包括但不限于产品生产及来源合法、产品质量合格、产品检验合格证明等。

2. 如乙方提供的产品同时存在适用的多个国家质量标准和行业标准的，应当同时执行标准，当标准不一致时，按最高标准执行，否则视为不合格品。没有国家标准及行业标准的，可参照国际标准执行。

3. 乙方向甲方承诺并保证其应提供优质产品，甲方验收时发现产品有变质、异味、霉变、杂物、破损等质量问题，或明显是第三方退回的产品的，或存在包装变形、破损等缺陷或其它影响销售或其它不符合订单规定的情形，甲方有权要求乙方在五（5）个工作日内将不合格产品替换成符合甲方要求的合格产品或按照甲方实际的入库数量结算货款，同时乙方应按本协议约定对甲方进行赔偿（但由于甲方或其指定的承运商行为导致的除外）。

4. 甲方就各品类质量标准将进行不定期的升级更新，乙方有义务通过甲方对接人、系统等渠道了解更新的质量标准，并按照最新的质量标准为甲方提供产品。甲方的质量标准与国家质量标准及行业标准不一致的，按最高标准执行。

5. 鉴于甲方以抽检的形式对乙方产品进行质量检查，故乙方对产品的质量保证期不因订单结束或者货款支付及合作的结束等而结束。即使双方合作结束，甲方也有权向乙方追溯产品质量问题造成的一切损失。

6. 如果甲方因乙方提供的产品的质量问题引起的事故（如人身损害、安全卫生、爆炸、起火等事故）被要求赔偿的，甲方有权全部下架该问题产品，同时乙方应当承担全部责任，包括但不限于退货换货、对包括最终客户在内的受害人的赔偿、甲方店铺被封遭受的损失、甲方为处理该争议发生的费用或支出等，如果赔偿需要通过甲方账户向最终客户在内的受害人支付的，乙方应当将赔偿额全额支付至甲方账户后由甲方向受害人支付。

### E. 关于侵权

1. 除双方另有约定，本协议任何一方不得擅自使用对方的企业名称、商标、LOGO、中英文标识、版权（著作权）、专利等，不得在其所在地或他国注册与本协议相对方相同、相似、近似或相关的商标。

2. 虽然有上述约定，甲方对乙方提供给甲方的产品图片有使用权，包括但不限于在其销售平台展示使用的权利。

3. 乙方在此陈述与保证其向甲方销售的产品（包括但不限于产品外观设计、产品包含的文字及图案或包装等元素或方面）不存在任何国际范围内的外观、知识产权、品牌侵权的情况、不存在任何污秽、种族歧视、政治争议、宗教冲突、少数群体歧视等内容。如由于出现上述情况导致甲方被第三方索赔，或被政府部门扣押、没收或采取其他措施或导致甲方品牌影响力受损等损失的，乙方须按甲方实际损失的100%承担赔偿责任，即乙方赔偿金额=甲方实际损失*100%，甲方的实际损失包括但不限于甲方向第三方支付的赔偿或授权费用、甲方被处罚金额及产品损失、以及甲方为解决争议支出的律师费用等。此外，甲方有权对乙方采取冻结货款、终止合作等措施。

4. 若甲方因乙方提供产品的知识产权问题遭到第三方投诉或起诉，甲方有权在收到投诉或起诉的通知后的合理时间内通知乙方该纠纷的情况。如该第三方要求甲方披露产品的制造商（即乙方）时，甲方为妥善解决纠纷有权披露乙方信息。如果第三方在甲方披露乙方的信息后，该第三方追加乙方为共同被告的，则甲、乙双方应共同参加诉讼；如乙方拒绝参加诉讼的，则乙方须自行承担相应不利后果。

5. 甲方选中的款式若为乙方自行设计开发的款式，版权归乙方所有，乙方不得将就相关款式从甲方处获得或知悉的任何相关资料，或依据前述相关资料产生的任何实物或信息，提供给任何第三方，包括但不限于不得将甲方选中的款式销售数据泄露给第三方，不得将甲方拍摄的任何产品图片提供给第三方等。若乙方的产品为甲方设计或甲方拥有版权的款式，未经甲方许可，乙方不得将就相关款式从甲方处获得或知悉的任何相关资料，或依据前述相关资料产生的任何实物或信息，提供给任何第三方，包括但不限于不得擅自将产品或甲方的款式提供或泄露给第三方售卖或生产。若乙方违反此项条例，甲方有权要求乙方按人民币壹万元/SKC的标准向甲方支付违约金，违约金不足以弥补甲方损失的，甲方有权要求乙方按照甲方实际的损失赔付。

6. 一旦乙方发生本条上述侵权行为，甲方有权马上将乙方商品下架，并把甲方库存中乙方提供的产品悉数退回。

### F. 赔偿

乙方应就任何针对甲方或其任何员工、人员、董事、成员或代表，或其继受方（统称"**受偿方**"）的任何诉讼、求偿或其他请求所导致的任何直接或间接损失、损害、义务和/或费用进行全额赔偿，并使受偿方免受任何因以下事项而导致的损害及损失：(i) 乙方的行为或任何第三方因乙方行为提出的请求；(ii) 乙方对本协议中任何承诺或条款的违反。

### G. 不可抗力

本协议所称"不可抗力"是指：政府行为、自然力、爆炸、地理变化、水灾、火灾、台风、地震、干旱、战争、瘟疫或其他在签约时不能预料，无法控制且不能避免和克服的事件。

任何一方因不可抗力导致协议无法执行的，应立即通知另一方并在不可抗力事件发生之日起15日内，将经过公证用于合理证明因不可抗力而造成本协议无法履行或延迟的相关事实及证据资料提交给另一方，同时应尽最大努力减少不可抗力对另一方造成的影响和损失。受限于前述要求，仅就因不可抗力事件而被延迟或受到阻碍的部分履行，受到不可抗力影响的一方不需对此承担在本协议项下的任何责任。不可抗力事件超过60日的，受不可抗力影响的订单自动解除，一方已依据协议和订单约定向另一方收取费用的，应当于3个工作日内退还给另一方。

**H. 保密**

本协议订立前以及在本协议期限内，一方（"**披露方**"）曾经或者可能不时向对方（"**接受方**"）披露的披露方的保密资料或接受方由于履行本协议了解或接触到的披露方的机密资料和信息（包括但不限于经营信息、客户和产品资料、财务资料、合同、服务、知识产权等，以下统称"**保密信息**"）。接受方同意必须对保密信息采取严格的保密措施予以保密，不为除本协议明确约定的目的之外的其他目的使用保密信息。非经披露方事先书面同意，接受方不得向任何第三方泄露、给予或转让该等保密信息。一旦本协议终止，接受方应将载有保密信息的任何文件、资料或软件，按披露方要求归还披露方，或自行予以销毁，并从任何有关记忆装置中删除任何保密信息，并且不得继续使用这些保密信息。乙方违反本保密条款的，应当向甲方支付违约金人民币拾万元，若甲方实际损失高于违约金金额的，乙方应当赔偿甲方实际遭受的损失。双方同意，不论本协议是否变更、解除或终止，本条款将持续有效。

**I. 准据法和争议解决方式**

本协议受中华人民共和国（为本协议之目的，不含港澳台地区）法律管辖并进行解释，并排除一切冲突法规则的适用。

因订立或执行本协议而产生的任何争议或纠纷，双方应首先通过协商解决。协商无法解决的，任何一方均可将有关争议提交广州仲裁委员会，按照其届时有效的仲裁规则选任1名仲裁员仲裁解决。仲裁地点广州，仲裁使用的语言为中文。仲裁裁决是终局性的，对双方均有拘束力。

**J. 期限、生效及终止**

本协议自双方有权签署人签署本协议以及本协议附件一《阳光采购&反商业贿赂协议》，或对本协议以及本协议附件一《阳光采购&反商业贿赂协议》盖章之日起生效。本协议有效期为一年，协议期限届满前1个月内，若双方均未书面提出终止意向的，则本协议自动续约1年，可多次续约。双方应就新的期限内的合作内容及条件进行协商，并签署新的协议。为免疑义，除非适用法律另有强制性规定或甲方同意，新协议的条款和条件应与本协议保持实质一致。

乙方应当及时签署协议（包括在甲方的供应商系统以加盖电子公章方式签署、或自行下载协议后签署、甲方指定的授权代表将协议邮寄给乙方签署）并发送给甲方授权代表确认，并在甲方确认后的7个工作日内向甲方寄出纸质协议原件，经双方有效签署的协议电子存档、扫描件或传真件与纸质协议原件具有同等法律效力。

协议有效期内，发生下列情形之一的，本协议提前终止：
1) 双方协商，并书面同意本协议终止。
2) 任何一方提前30日书面通知另一方提前终止本协议的。

3) 任何一方违反其在本协议项下的承诺、义务或保证，并在对方发出书面通知之日起3个工作日内仍未及时改正的，非违约方有权书面通知取消违约方的合作资格，并可单方解除本协议；非违约方有权要求违约方赔偿相关损失。

4) 当乙方出现以下情况时，乙方应及时通知甲方，甲方可单方面通过通知立即终止本协议：(a)乙方已经出现资不抵债的情况；(b)乙方申请或被第三方申请解散、破产、被接管或清算，或停止其业务经营或其营业执照、有关其业务经营所需的批准、同意或许可被中止或取消，或任何可能影响其法律主体的存在或主要业务经营能力的其它情形；或(c)乙方违反相关法律、法规的规定，被有关政府部门查处、处以行政处罚或被勒令关闭导致本协议无法继续履行的。

5) 本协议约定的其他情形。

在本协议终止的情况下，本协议项下的交易应立刻终止，非因甲方违约导致的协议终止，协议终止后甲方已下订单但未收到的产品，由甲方单方决定是否接收。本协议的终止不应免除任何一方由于其在终止前作出的行为引起的本协议项下的违约责任。

## K. 通知

除非有更改下列地址或联系方式的书面通知，本协议项下的通知应通过专人递送、传真、挂号邮寄或电子邮件的方式发到前言所列的双方通讯地址。通知如果是以挂号邮寄的方式发送，则挂号邮件的回执上记载的签收日期为送达日，如果以专人递送或传真方式发送，则以发送之日为送达日。以传真方式发送的，应在发送后立即将原件以挂号邮寄或专人递送的方式发到下列地址。以电子邮件发送的，如在工作日北京时间上午9点至下午5点之间发送，则应以发送之日为送达日，如在其他时间发送，则下一个工作日为送达日。

## L. 其他

本协议第二部分（通用条款）与第一部分（合作专用条款）不一致的，以第一部分约定为准。

本协议包括甲方已经发布或将来可能发布的供应商系统的采购操作流程、通知公告、邮件通知等各类规则。所有规则为本协议不可分割的一部分，与协议正文具有同等法律效力。若乙方不同意甲方已经发布或新发布的前述规则的，

（1）不同意甲方已经发布的前述规则的，乙方有权于本协议签订之日起30日内通知甲方解除或终止合作，（2）不同意甲方新发布的前述规则的，乙方有权于规则发布之日起30日内通知甲方解除或终止合作，若乙方未提出解除请求的，视为乙方同意前述所有规则。因供应商系统公布的各类规则无任何时间地点限制地对所有供应商展示，乙方不得以甲方未能及时单独通知为由主张其中任一规则对其不适用或不生效。

本协议在履行过程中如有未尽事宜，或因业务发展需要对本协议现有内容进行补充、变更、修改时，由双方或任何一方提出补充、变更、修改的建议和方案，经双方协商并达成统一意见后，以书面形式表达并经双方同意并签字盖章后，成为本协议的补充文件，与本协议具有同等法律效力。

本协议构成双方之间完整协议，取代先前所有讨论、协商及协议。如双方之间在本协议生效前已签署已经生效的同等性质的协议，则本协议自动取代原协议，原协议自动失效。

本协议为框架协议，其条款适用于依据本协议所签订的所有采购订单。若本协议未约定或者与实际订单业务条款不一致的，以甲方系统内的订单或者纸质版

的实际订单业务要求为准。

如果本协议的任何条款是无效或不可执行的，则该条款应在可行的范围内进行解释，以使其可以执行并按原先所述的大致相同的条款使本协议规定的交易得以完成；如果没有任何可行的解释能够使该条款得以保留，其应从本协议的其余条款中剥离，而本协议的其余条款仍应保持完全有效。在该等情形下，双方应尽最大努力依善意进行协商出一条有效、可执行的替代条款或协议，以在最大程度上实现各方签订本协议时的意图。

本协议一式二份，双方各执一份，具有同等法律效力。双方的授权代表已获得充分有效的授权，代表该方在本协议及订单上签字确认，如授权代表发生变更的，应当提前10日书面通知另一方。

（本页以下为无正文内容）



甲方：ROADGET BUSINESS PTE.LTD.
甲方授权代表：

乙方：

乙方授权代表：

2022年08月30日

附件一：

阳光采购 & 反商业贿赂协议

甲方：ROADGET BUSINESS PTE. LTD.

（"甲方"在如下协议中指甲方及甲方的关联公司/机构）

乙方：

双方合作期间，为了更严格遵守《反不正当竞争法》及其他相关法律法规有关禁止商业贿赂行为的规定，维护双方共同利益，促进双方关系良好发展，经双方友好协商，达成如下协议：

第一条 **商业贿赂**：是指乙方为谋求交易机会或竞争优势及其他合作的利益，乙方或乙方单位工作人员或乙方通过第三方给予甲方员工及甲方员工利害相关人的一切物质及精神上的直接或间接的不正当利益。

第二条 **不正当利益**：包括物质性利益和非物质性利益。物质性利益是指能够直接用金钱价值加以衡量的利益。包括但不限于回扣、贿赂、私下佣金、借款、实物、现金或现金等价物（如：消费卡/券、提货券、购物卡、换购券、充值卡、交通卡、电话卡、各种话费的充值或其它可供使用或消费的充值、储值卡及其它形态的有价礼券或证券等）、支票及财产性权益、旅游、宴请、免费消费。非物质性利益是指难以直接用经济或金钱价值加以衡量的能满足人们需求和欲望的精神利益和其他不正当利益，是物质性利益以外的权益、优惠、便利以及其它好处。包括但不限于给予解决住房机会、迁移户口、调动工作、提拔职务、安排出国留学、享受免费的服务等方面的利益，以及给予荣誉、名誉、称号、资格、地位、特权。

第三条 **利益冲突**：包括但不限于（1）乙方不得向甲方员工及其利害相关人提供任何形式的借款；（2）乙方的股东、监事、经理、高级管理人员、合作项目负责人及项目成员系甲方员工或其利害相关人员的，应以书面方式如实、全面告知甲方。（3）双方合作过程中，乙方不得允许甲方员工及其配偶持有或由第三方代持有乙方股权（但通过公开的证券交易市场且低于发行在外5%的权益、通过直接或间接持有无实际控制权的基金、或通过受益人非本人或利益代言人的信托方式持有的股份除外），亦不得聘用甲方员工（包括但不限于建立正式劳动关系、劳务派遣、外包服务、兼职、咨询顾问等形式）。（4）乙方不得与甲方员工发生商业往来。（5）乙方不得雇佣甲方辞退的人员或自甲方主动离职不到1年的人员对接甲方业务。

第四条 本协议所述利害关系人：包括（1）亲属（包括配偶、双方父母、双方祖父母、兄弟姐妹、子女、孙子女、外孙子女、堂亲、表亲、其他血亲和姻亲、收养与被收养关系等）；（2）其他利害关系人（包括前同事、同学、同村、债权人、债务人、有共同投资行为者、有共同投资关系者等）。

**第五条 若乙方违反上述约定行为之一，无论本协议是否存在任何相反规定，甲方有权单方部分或全部终止与乙方的合同，同时乙方应向甲方支付10万元违约金或者支付合作期间订单（合同）金额的30%作为违约金，两者以高者为准。乙方支付违约金前，甲方有权暂停支付乙方的合同款。鉴于上述行为严重破坏经营秩序，损害营商环境，乙方充分知悉并认可上述违约金为惩罚性违约金，违约金包括但不限于甲方的实际损失、商誉损失等。在任何情况下，乙方均同意按照本条款约定全额支付违约金。乙方应于甲方发现违约行为之日起5个工作日内支付违约金，如未及时支付，甲方有权从合同款项中直接扣除。同时，乙方及其实际控制、代理的或协助乙方业务的公司将被列入失信名单，即为永不合作的供应商。**

第六条 若乙方违反本协议第三条第（2）款和/或第（3）款、第（4）款、第（5）款之规定，除应根据上述第五条承担违约金，乙方还应将因此行为所得的全部收益支付给甲方。乙方应于甲方发现该等违约行为之日起5个工作日内向甲方支付其所得的全部收益，如未及时支付，甲方有权从合同款项中直接扣除，不足部分甲方有权向乙方进行追偿。

第七条 对于乙方，无论是主动还是被动发生第一条、第二条、第三条所示行为的，如果主动向本公司说明情况的，本公司对于其违规责任可以不予追究，免

于处罚；公司也将视其配合态度及在调查中所起的作用，决定是否与之保持合作，对积极配合、提供关键信息的供应商，本公司将提供更多的业务合作支持。

**第八条 若乙方有知悉/怀疑甲方员工或甲方其他合作商有违反上述规定的，欢迎与甲方监察部或内控内审部联系。信息提供者提供的有关舞弊行为的信息一经查实，甲方将根据乙方提供线索及证据的重要性，按该案件为公司挽回经济损失金额的5%-20%作为奖励，奖励最高60万元。对积极配合、提供关键信息的供应商，视供应商意愿通报表扬。**

**第九条 甲方设定以下渠道受理乙方的关于甲方员工或甲方其他合作商舞弊行为的举报（甲方将对所有信息提供者的个人信息及举报会尽一切努力进行保密。）**

第十条 本协议自签署完成之日起生效。本协议对本协议签署后及签署前乙方及其关联方未主动披露的违反上述规定的行为具有约束力。本协议对乙方的继承方持续有效。双方签订交易合同的，本协议作为交易合同的附件，与合同具有同等法律效力；如双方未签订交易合同，本协议独立有效。



# SHEIN  Ethics  音律

## 咨询 ｜ 申报 ｜ 举报投诉

| 热线 | 4008050360 |
|---|---|
| 邮箱 | jubao@shein.com |
| 手机 | 18102563198（微信同号） |
| 受理地址 | 广州市番禺区南村镇员岗大道东路12号  恒创智汇园B栋竹园监察部 |

微信公众号：SHEIN Ethics 音律





甲方授权代表：
日期：

乙方授权代表：
日期：

2022年08月30日

**附件二：**

**SHEIN供应商行为准则承诺函**

日期： _____年_____月_____日

**致：ROADGET BUSINESS PTE.LTD. （与其关联方共同合称为"客户"）**

我方（"**供应商伙伴**"）作为向客户和/或其关联方提供商品、辅料、服务的直接或间接生产制造商或供应商，在此不可撤销地向客户和/或其关联方承诺和同意，在其采购、制作、生产、推广、销售及处理商品或提供给服务过程中，遵守如下最低行为准则：

1. **法律要求。** 所有供应商伙伴在其开展业务的国家或地区都必须遵守当地的法律、规则、政令及法规要求。

2. **雇用必须自愿。** 供应商伙伴不得使用强迫劳工，包括监狱劳工，抵债劳工或其他形式的强迫劳工，并遵守国际劳工组织关于强迫劳动的协定的规定（包括不时对其作出修订、补充或重述），或，从存在前述强迫劳动情形的商品、服务提供商处进行直接或间接采购。

3. **员工必须年满16周岁以上。** 供应商伙伴不得雇佣（或为实施服务而提供）未满16周岁的未成年人，如雇佣或提供给已满16周岁但不满18周岁的员工，供应商伙伴不得以任何形式要求其从事对身体有危害的工作，且必须为雇员提供必要的工作保护条件。

4. **不得歧视。** 供应商伙伴不得对其雇佣员工在性别、种族、宗教、年龄、残障状况、性取向、怀孕状况、婚姻状况、国籍、政治见解、所加入的工会、社会或民族背景或者任何其他受国家/地区法律保护的状况等方面进行任何歧视，该等歧视包括但不限于在雇佣、薪酬、晋升或惩处等方面设置任何不合理的障碍或限制。

5. **尊重结社自由和劳资集体谈判。** 供应商伙伴应尊重雇员的结社自由以及进行劳资集体谈判的权利。其中包括，雇员有权组建和加入工会以及雇员自己选择的其他工人组织，且不应因前述行为而受到任何骚扰、干涉或报复。

6. **按时支付薪酬。** 供应商伙伴应按时向雇员支付工资，并且工资额度不得低于供应商伙伴所在国家/地区法律规定的最低工资，并遵守超时工作补偿的法律要求，供应商伙伴不得出于惩戒目的而克扣雇员工资。

7. **不得骚扰和虐待员工。** 供应商伙伴应尊重其雇员，不得对其雇员进行身体、性、精神或语言方面的骚扰或虐待。

8. **工作时间。** 供应商伙伴应合理安排工作时数，并应遵循当地法律法规要求。

9. **工作场所健康和安全。** 供应商伙伴应提供安全、卫生和健康的工作环境，并采取必要措施防止雇员因工作造成、与工作有关或在工作期间发生的事故和伤害。

10. **最大程度地减少对环境的影响。** 供应商伙伴应严格遵守任何与环境有关的适用的法律法规要求（包括废气排放、固体/危险废弃物及废水排放）。供应商伙伴须采用合理的措施来减轻其营运对环境的负面影响，并致力于持续改善环境、保护环境以及维持生态平衡。

11. **审核与监督。** 供应商理解并同意，无论事先通知与否，客户及其指定代理人有权采取一切合理、必要措施对供应商伙伴在履行本行为准则过程中的情况进行检查和监督，该等措施包括但不限于接触供应商伙伴的所有雇员/劳动者、进入供应商伙伴的生产或工作场所、或劳动者居住场所等所有区域、审核相关文件资料等。在客户要求的情况下，供应商伙伴应立刻根据客户的要求提供相应的证明材料，证明其已满足本函项下的要求。供应商伙伴在此承诺其所提供的证明材料应为与其所证明的观点相关的真实、准确、完整且不具有误导性的资料和证明。

12. **改善行动。** 一旦发现供应商伙伴存在违反本行为准则的行为，客户将（有权但无义务）与供应商伙伴商定整改计划，以求在合理的期限内解决违规行为。若供应商伙伴在收到客户发出的整改通知后未在合理期限内进行整改或拒绝整改的，客户有权单方取消订单以及（或）立即终止与供应商伙伴的一切商业合作，且客户不应因前述取消订单或终止合作等行为而向供货商伙伴承担任何形式的违约、侵权或赔偿责任。如由于供应商伙伴未能遵守本行为准则的任何规定而造成客户任何损失的，供应商伙伴同意在客户发出相关通知后，该等损失（包括但不限于任何向供应商伙伴追偿损失引起的费用）向客户承担责任。其中，针对每一(1)件违反前述规定的商品或有此情况的服务，供应商同意支付相当于采购金额3倍的赔偿金。

供应商伙伴在此明示，其已知悉前述关于行为准则的承诺，并同意，在法律、法规或政府机构要求的情况下，客户有权将本函进行披露。供应商伙伴进一步同意，为满足监管机构的要求，供应商伙伴应根据客户的要求签署本函的翻译版本，如该翻译版本内容与本函存在不一致之处，各方同意以监管要求认可的版本为准。



乙方授权代表：
（签字及盖章）

022年08月30

**附件三：相关制度列举**

## 针对SHEIN集团供应商使用集团品牌标识

# 和尾货处理的规范

随着集团公司以SHEIN为主的系列商品/服务品牌全球知名度不断提升，涉嫌侵犯我司品牌的违法、违规行为日渐增多，如在各大社交、电商平台注册带有SHEIN名称的账户，供应商未剪标销售尾货给不法中间商，导致大量带有品牌LOGO的尾货涌入国、内外，冲击我们销售市场，给公司品牌形象亦造成负面影响。

现为维护我们共同的SHEIN集团公司品牌形象和商业形象，提升各位伙伴与SHEIN合作的品牌荣誉度，特针对SHEIN集团品牌标识的使用和尾货的处理，向全体合作伙伴发布以下规范，请大家遵照执行：

## 一、相关概念定义

1、本通知所称**"集团品牌"**包括"SHEIN"主品牌、副品牌以及相关衍生品牌，包括但不限于"ROMWE"、"SHEGLAM"、 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋

▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋ 等，以及后续新开发和发布的商品/服务品牌；**"品牌标识"**是指由上述品牌商标和相关视觉要素等组成的形象标识，消费者及市场可通过该品牌标识直接关联或者联想到相关品牌形象；

2、本通知所称**"尾货"**是指SHEIN集团未采购上架销售的、在供应商处的、带有SHEIN集团标识物料，即未剪标商品，包括但不限于样衣、超量生产的成品、公司质检、稽查退货且返修未成功的成品等；

3、本通知所称**"剪标"**是指将商品或物料上带有的SHEIN集团品牌标识消除，不得有任何与SHEIN有关的标记；**"标"**是指带有SHEIN集团品牌标识的物质载体，包括吊唛、主唛、洗水唛、二维码、包装袋、标签贴纸、条形码等耗材及辅料，还有部分直接印至在商品上的标识；

## 二、本通知适用范围

1、商品供应商，即生产和制造包含品牌标识的商品货源的供应商（包括成品供应商和委托加工供应商）；

2、物料供应商，即销售和生产上述品牌标识物料的供应商（包括辅料供应商和耗材供应商）；

3、其他生产带有品牌标识商品或物料的供应商；

## 三、品牌标识使用的管理规范

## 一）禁止性规定

1、凡属于我司委托生产加工的商品和/或物料，未经我司书面许可，供应商一律不准私自委托任何第三方进行加工或加贴品牌标签；

2、未经我司书面授权或许可，供应商一律不准自行或委托他人在国内外社交平台、自媒体平台等渠道（包括但不限于微信、QQ、微博、贴吧、抖音、Twitter、Facebook、Instgram、Tiktok等）申请注册带有SHEIN集团品牌名称的账号或头像标识，亦不准在其账号上发布与SHEIN相关信息（转发官方信息的除外），如在朋友圈发布带有SHEIN品牌标识的服装、辅料、耗材为自己推广等；

3、未经我司书面授权或许可，供应商一律不准自行或委托他人在国内外的电商平台（包括但不限于淘宝、拼多多、1688、Shopee、Ebay、Amazon、Walmart等）申请开设带有SHEIN集团品牌名称的店铺，或店铺头像使用SHEIN品牌标

识，或者线上宣传销售带有SHEIN品牌标识的商品和物料，或者冒充SHEIN品牌名义宣传销售其他商品；

4、未经我司书面授权或许可，供应商一律不准以SHEIN集团品牌名义进行任何活动或任何形式的使用，如，在工服上印制SHEIN品牌logo，或冒充我司工作人员与他人签订合同等；

5、供应商一律不准以任何形式擅自处理或销售带有SHEIN集团品牌标识的商品和物料。如，将未剪标的商品或物料销售给第三方，具体可参照另行发布的《SHEIN集团供应商尾货管理规范》；

6、供应商不得通过任何渠道或方式，向第三方透露与我司合作的有关事项，或者发布侵犯我司商业秘密和有损我司形象的言论、文章、视频等；

7、其他损害或有可能损害SHEIN集团品牌形象的不当情形。

## 二）违约责任

上述禁止性规定，供应商需严格遵照执行，一旦发现，确认违规、违法事实后，公司将依据双方签订合同、违约情况对我司的影响程度及相关法律规定追究供应商的违约责任：

1、一经确认违规、违法事实，对我司影响较小的，可参照其使用的渠道等情形处1万元以上3万元以下的违约金；

2、对我司已造成严重影响的，如在多渠道使用品牌标识，或借此获利等可参考使用渠道、影响范围、供应商获利金额等因素综合评估，处3万元以上20万元以下的违约金，具体由法务部和业务管理部门共同确定；

3、确给我司品牌形象造成重大影响的，如引发不利于SHEIN的网络舆论导向、将带有SHEIN品牌标识的物料销售给第三方等，将永久性终止与该供应商的合作，并处不低于20万元的违约金，并保留通过全部法律途径追究其侵权责任的权利。

4、关于供应商尾货处理的违约责任追究，参照下列的尾货管理规范。

## 四、尾货管理规范

## 一）尾货处理的禁止性规定

1、禁止线下私自未剪标销售尾货或发布相关尾货信息

除已验收合格入公司仓库的商品及物料外，剩余在供应商处的商品尾货，供应商不得私自未剪标自行处理，不得在线下随意出售、转让、赠与给任何第三方，包括国、内外任何非公司官方的回收渠道。针对公司验收不合格退回且未返修成功的商品，如存在较大质量问题（如破损严重、有危害人体的化学性物质等），必须销毁处理，不得再行出售；

2、禁止线上渠道销售或发布相关尾货信息

1）供应商不得自行或委托他人在国、内外电商平台或独立站上架、销售带有SHEIN集团品牌名称的商品链接及未剪标的商品尾货（包括但不限于淘宝、拼多多、1688、Shopee、Ebay、Walmart、Amazon等）；

2）供应商不得自行或委托他人在国、内外社交平台及自媒体渠道发布带有SHEIN未剪标的商品尾货及物料销售链接等相关信息（包括但不限于微信、QQ、微博、抖音、快手、贴吧、Twitter、Facebook、Instgram、Tiktok、Youtube等）；

3、在供应商终止合作后，供应商管理部门应督促供应商将剩余带有SHEIN标识的物料销毁或沟通物料部门回收，成品可视公司需求决定是否回购，剩余商品

需明确告知供应商不得在线下、线上未剪标私自处理，也不得转让、赠与给任何第三方；

4、供应商（针对商品中心合作供应商）自主设计开发的款式及产品，除公司采购的外，其余需严格按照双方合同对款式的权属约定进行处理，不得加贴SHEIN品牌标识，冒用SHEIN的名义进行销售；

5、供应商（针对公司合作的耗材、辅料供应商）不得将公司未采购的带有SHEIN标识的物料出售、转让、赠予除公司外的任何第三方；

6、其他违规、违法处理尾货的情形。

**二）违约处罚**

以上违规、违法事实，一旦发现，并经确认无误后，公司将依据双方签订合同及相关法律规定追究供应商的违约责任：

1、线下销售违约责任

（1）商品销售

①单次销售尾货数量在5000件以下的，首次发现，按5元/件向供应商追究违约责任；

②单次销售尾货数量在5000-10000件的，处一次性违约金10万元；

③单次销售尾货数量达10000件以上的，处一次性违约金20万元，情节特别严重的可根据实际情况加重处罚；

④如果上述情形发现两次及以上，将从严处理，按照单次销售数量处罚标准的双倍进行违约责任追究，情形特别恶劣的可根据侵权程度及合作情况酌情考量。

（2）物料销售

商品供应商和物料供应商在合作中和合作终止后，如将未消耗完的带有SHEIN品牌标识的物料直接出售、转让、赠与第三方的，供应商有义务配合公司进行接收目标的追踪调查，且公司可单方面选择终止合作，另要求供应商承担一次性违约金10万元，情节严重的除外。

2、线上发布及销售违约责任

1）如发现供应商在国内外电商、社交平台、自媒体等渠道仅发布尾货相关信息，但并未实际售出的，按每条信息1万元进行违约责任的追究；

2）如发现在上述平台有发布销售信息且进行了实际销售，发布信息部分按上一条款规定确定违约金，销售部分按照供应商销售金额的3倍追究违约责任，具体金额公司可根据侵权程度及合作情况酌情考量。

3、终止合作

如发现供应商出现上述违约情形，公司有权视违约严重程度决定是否终止合作。如发现有供应商未剪标售尾货或物料达3次以上的，公司将直接终止合作。

**五、违约金的执行**

关于上述违约金款项的执行，公司可在下达违约通知并确认供应商收到后，直接从其结算货款中扣除，不足部分，可要求该供应商在一周内补齐。

以上仅为内部管理规范，并不代表公司放弃通过法律途径追究供应商违法行为法律责任的权利。如因违规、违法使用品牌标识货处理尾货，确给SHEIN集团企业和品牌形象造成重大负面影响的，公司将不予内部处理，直接追究其行政、民事侵权甚至刑事违法责任。

**六、举报奖励**

公司鼓励供应商就违规、违法使用品牌标识和处理SHEIN尾货的情形提供相关线索，包括但不限于其他供应商和低价回收、违法倒卖SHEIN尾货的中间商等，确认举报信息真实后，公司将根据违约责任追究或侵权赔偿结果给予其相应奖励，举报邮箱：dajia@shein.com。

凡能够主动举报并提供直接、有效证据的供应商，查证属实后，我司按挽回经济损失金额的10%作为奖励。

举报人需保证举报内容真实性，禁止任何形式的恶意举报。对捏造事实、诬告陷害的举报，经查实后将追究其责任。

以上内容从发布之日起生效，请各位合作伙伴严格遵照执行，以免因个人原因给SHEIN集团品牌形象造成的损失。


**SHEIN集团**

**2021年12月23日**


## 希音集团知识产权侵权（面料图案侵权）处罚规范

生效日期：2022/8/1


### 1.目的
提供面料买手、面料图案设计师及面料商家在选品及设计开发阶段防范和避免侵犯第三方知识产权的要求，对发生的侵权行为和内容禁忌违规进行相应处罚，减少面料图案面料款式侵权的发生。

### 2.适用范围
适用于面料买手及面料设计师，面料商家因面料图案图案设计或选品发生侵权后的索赔追责和处罚实施。

### 3.职责



## 4.详细内容

### 4.1一般准则和要求

面料图案的选款方（包括 ███████████████████████       全权负责其
向 SHEIN提供或推荐的的产品不侵犯第三方的知识产权，包括版权、商标、商
业外观、设计和专利及肖像权等，也不存在内容禁忌违规。我们希望面料商家
向我们推荐的不存在知识产权侵权的设计和产品，违反相关要求可能会受到罚
款和解除合作。

### 4.2针对面料图案和设计侵权及内容禁忌违规的处罚

#### 4.2.1 处罚适用规则

针对公司销售商品（包括SHEIN/ROMWE等各品牌）中发生面料图案知识产权
侵权，按照下述标准启动处罚：

1）构成侵权 符合下列元素之一的构成侵权：
①面料相关图案或设计样式被投诉权利人或第三人投诉且认定构成侵权；或②
面料相关图案或设计样式因侵权SHEIN自查下架，且认定侵权；或③包含或使
用SHEIN 发布和不时更新的全球禁忌元素 ；

2）面料入库：针对本规则发布后引入物料选款系统 ██████████ 的面料图
案及面料设计；

3）违规责任人：为违规图案或设计的提供方 ████████████████



| | 侵权内部归责人 |
|---|---|
| | █████████████████████████████████ |
| | |
| | |
| | |
| 面料 | █████████████████████████████ |
| 辅料 | █████████████████████████████ |
| 版型 | █████████████████████████████ |

#### 4.2.2 面料商家侵权及内容禁忌违规的处罚标准

| 侵权类型 | 场景说明 | 处罚或赔偿标准<br>（供应商侵权） |
|---|---|---|
| 一般性质侵权行为 | 面料图案或面料设计侵犯第三方著作、商标、专利 及肖像权或全球范围内内容禁忌违规，且不存在严重侵权的违规行为 | 下述方式累计处罚：<br><br>1. 就侵权面料 SHEIN 全部的在途及库存损失；以及<br><br>2. ▇▇▇▇▇▇▇▇▇ 按 SHEIN 争议赔偿额 50%追索赔偿金 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇<br><br>（上述两种情形的赔偿金追索最高限额为 2 万美金/单个图案计） |
| 严重性质侵权行为 | 复制或篡改作品创作人的身份签名 | 上述一般性质侵权处罚标准的 1.5 倍 |
| | 批量抄袭侵权：侵权同一投诉人超过 10 款设计的 | |
| | 二次侵权：发生二次侵权（已录入侵权库图案 ▇▇▇▇▇▇▇▇） | |
| | 侵权 SHEINX 或者 SHEIN 合作 IP 设计图案 | |
| | 其他严重侵权：刻意规避审核，提交虚假材料等 | |
| 加重处罚 | 自发布之日起最近一年内累计发生多次侵权 | 发生一般性质侵权 5 次（严重侵权按 2 次一般性质侵权计）取消与面料商家的合作；▇▇▇▇▇▇▇▇ |

**4.2.3** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



**4.3** ▇▇▇▇▇▇▇▇

希音集团知识产权侵权及内容禁忌违规处罚规范
生效日期：2022/07/01



### 详细内容
4.1一般准则和要求
供应商全权负责确保其向 SHEIN 提供 的产品不侵犯第三方的知识产权，包括版权、商标、商业外观、设计和专利及肖像权等，也不存在内容禁忌违规。我们希望供应商向我们提供不存在知识产权侵权和内容禁忌违规的设计和产品，违反下述准则可能会受到罚款和解除合作。

| 指导方针 | | 要求 |
|---|---|---|
| 1. | **第三方商标**<br><br>注意单词或短语后的"TM"（™）或"R"（®）符号。带有™或®符号的标记是标记可能受商标保护的警告标志。使用™的标志可能不是注册商标。但是，未注册的商标仍可能受到商标法的保护。™和®符号不是必需的，没有这些符号的单词、短语或徽标仍可能是受保护的商标。<br><br>照片背景中包含知名商标的产品照片可能构成商标侵权。<br><br>注册商标可通过世界知识产权组织数据库进行检索：https://branddb.wipo.int/branddb<br><br><br>例子：<br><br>• 服装产品可能会在产品标签上显示带有"TM"（™）或 R"（®）符号的短语或徽标，例如衣领标签、手臂标签或后口袋标签。<br><br>• 衬衫产品可能会在衬衫正面显示一个短语或徽标，并在短语或徽标的末尾带有"TM"（™）或 R"（®）符号。 | **第三方商标**<br><br>请勿将注册商标和其他已知或合理应当知道归第三方所有的标志用于产品或产品标签。请勿使用标有™或®符号的第三方标记。<br><br>请勿在产品照片的背景中使用知名商标或标志。 |
| 2. | **商业设计**<br><br>商品的形状组合或整体外观可能作为注册商标或未注册的商业外观而受到保护。商品的元素也可以作为注册商标或未注册的商业外观而受到保护。<br><br><br>例子： | **商业设计**<br><br>不要提供复制知名品牌的形状组合或整体外观的商品。 |

| | | |
|---|---|---|
| | • 一个品牌可能拥有一个知名产品的整体外观的注册商标，包括消费者可能熟知的鞋子、手袋或珠宝产品。<br><br>• 一个品牌也可能拥有针对一个知名产品的一部分的外观的一个注册商标。 例如，一个品牌可能仅在鞋底外观（鞋面可以是任何设计）或仅手提包手柄外观（手提包的剩余主体）拥有注册商标。 可以是任何设计）。 在这些示例中，品牌所有者声称鞋底或手提包的把手非常知名，以至于消费者会认为该产品是由该品牌创造或附属于该品牌的。<br><br>• 即使产品设计未注册，品牌也可能声称其对知名产品（例如知名鞋）的整体外观拥有未注册的商业外观权。 | |
| 3. | **外观设计专利和社区设计**<br><br>*商品的配置或整体外观可能作为注册设计专利受到保护。商品的元素也可以作为注册设计专利、注册共同体或未注册共同体外观设计受到保护。*<br><br>*在美国注册的外观设计专利和在其他国家注册的共同体外观设计可通过世界知识产权组织数据库检索：* <u>https://www3.wipo.int/designdb</u><br><br>例子：<br><br>• 品牌可能拥有涵盖产品整体外观或产品部分组件的外观设计专利，无论该产品是否知名。 例如，尚未向公众发布的鞋或手提包整体外观的新设计可能会作为外观设计专利受到保护。 | **外观设计专利和社区设计**<br><br>请勿提供复制有可能受美国设计专利保护或其他国家/地区的共同体外观设计保护的独特设计的产品。 |
| 4. | **虚构人物形象**<br><br>*虚构人物（例如，电视、动画、动漫、视频游戏或电影中的人物）受版权法保护。*<br><br>例子：<br><br>• 虚构角色的创作者可能拥有角色本身的版权，无论角色的绘制方式如何（快乐或悲伤或穿着不同的衣服）。 即使您创建了虚构角色的原始绘图，如果该角色仍可识别，仍可能存在潜在的版权问题。 例如，一本书的作者创作了一个插图人物，他可能会指控使用该插图人物的 T 恤设计侵犯了版权。 | **虚构人物形象**<br><br>请勿提供复制虚构人物的图像或创建虚构人物图像仍可识别的的产品。 |
| 5. | **名人**<br><br>使用某人的姓名、图像或肖像受公开权保护，未经本人许可不得使用。这包括名人的原始图纸。<br><br>例子： | **名人**<br><br>未经许可，请勿提供使用名人的姓名、形象或肖像的产品。 |

| | | |
|---|---|---|
| | • 在世名人的姓名、形象和肖像普遍受到保护。<br>• 如果名人在几十年前去世，其形象不再受宣传成保护，则名人的姓名名可能仍受商标法保护。 如果在世或已故名人的姓名是注册商标，未经许可不得使用其姓名。 | |
| 6. | **第三方网站和社交媒体**<br><br>第三方网站和社交媒体内容，包括任何产品设计、印刷图案、绘画或插图，均受版权保护，无需进行版权登记。 Etsy 是独立设计师常用的平台，用于销售具有原创设计的产品。<br><br>例子：<br><br>• 如果艺术家在其 Instagram 帐户上发布其原创作品的照片，则该作品可能受版权保护，不能用作贴纸、手机壳或衬衫的设计。 | **第三方网站和社交媒体**<br><br>请勿提供取自第三方网站、艺术家/创作者或社交媒体的第三方产品设计、印刷图案、绘画或插图的产品，除非上述图案或设计经授权后能用于商业用途。 |
| 7. | **产品照片**<br><br>来自第三方网站或社交媒体帐户拍摄的产品照片受版权法保护，不需要进行版权登记。 | **产品照片**<br><br>请勿使用第三方拍摄的产品照片。提交在 SHEIN 网站上使用的照片必须是您拍摄或委托拍摄或取得授权的照片。 |
| 8. | **图案设计**<br><br>图案和其他印刷设计（例如花卉图案）可能受版权保护。 微小的修改，例如颜色的改变或对个别设计元素的小修改，可能不足以避免知识产权侵权。 即使个别元素被修改，如果图案设计的整体外观与您用于灵感的第三方图案设计基本相似，仍可能存在 IP 问题。 在商店或街头市场购买的图案设计可能受版权保护，可用于个人用途，但不得用于商业用途。 如果图案设计来自图片素材网站，且已支付商业使用许可费，则其知识产权风险可能较低。<br><br>例子：<br><br>• 时尚界常见的基本图案可能没有版权保护，例如基本条纹、千鸟格或方格图案。 但是，具有更复杂细节的原始图案设计可能具有版权保护，包括花卉图案或其他常见图案，例如动物、蝴蝶和蘑菇。 | **图案设计**<br><br>请勿提供复制第三方图案设计的产品。 您可以使用取得授权的图案设计或创建您自己原创的图案。<br>您应该进行足够的修改，以使您在提供给 SHEIN 的设计中与参考的任何第三方设计不再视为同一设计。<br>在不确定您是否有版权的情况下，我们有权要求您向我们提供原始或许可的证据。 |
| 9. | **艺术品**<br><br>艺术品，包括插图和图形设计，即使看起来像简单的设计，也可能受版权保护。 取自任何产品的艺术品都可以受到版权保护，例如取自绘画、贴纸、鞋子或别针的艺术品。 如果您为商业用途支付了许可费，则使用来自图片素材网站的艺术品可能会构成较低 | **艺术品**<br><br>请勿提供复制第三方艺术品设计的产品。 您可以使用取得授权的图案设计或创建您自己原创的图案。<br>您应该进行足够的修改，以使您在提供给 SHEIN 的设计中与参考的任何第 |

| | | |
|---|---|---|
| | 的知识产权侵权风险。 | 三方设计不再视为同一设计。<br>在不确定您是否有版权的情况下,我们有权要求您向我们提供原始或许可的证据。 |
| 10. | **版权符号、签名或水印**<br><br>包含 "C" 版权符号©、签名或水印的艺术品是艺术品可能受版权保护的警告标志。<br><br>例子:<br><br>• 无法裁剪在艺术品左下角或右下角带有艺术家签名的绘画或数字插图以移除签名。 此外,不能裁剪艺术品以用作产品的设计,例如手机壳或运动衫。 | **版权符号、签名或水印**<br><br>请勿提供带有任何 © 符号、签名或水印的艺术品的产品。<br><br>请勿提供经移除或删除 © 符号、名称或水印的艺术品的产品。 我们会将其视为对 SHEIN 的欺诈行为。 |
| 11. | **装饰品或硬件**<br><br>装饰和硬件可以受版权和/或商标法的保护。<br><br>例子:<br><br>• 鞋子上的装饰或包上的闭合硬件。 | **装饰品或硬件**<br><br>请勿提供复制独特的装饰或硬件的产品。 产品应使用常见的装饰或硬件,或创建自己的装饰或硬件设计。 产品应进行足够的修改,以使您在提供给 SHEIN 的设计中都无法识别来源于您参考的任何第三方设计。<br><br>在不确定您是否有版权的情况下,我们有权要求您向我们提供原始或许可的证据。 |
| 12. | **蕾丝**<br><br>蕾丝设计受版权保护,无需注册。 蕾丝很难搜索并确定它是否侵犯了受保护的版权。 在商店或街头市场购买的花边可能受版权保护,可用于个人用途,但不得用于商业用途。<br><br>例子:<br><br>• 这可能包括完全覆盖蕾丝的内衣,或在服装的胸部或下摆上的蕾丝饰边。 | **蕾丝**<br><br>请勿提供复制蕾丝设计的产品。 您应创建原创蕾丝设计或取得来自第三方蕾丝制造商的蕾丝设计的授权。<br><br>在不确定您是否有版权的情况下,我们有权要求您向我们提供原始设计或许可的证据。 |
| 13. | **实用专利**<br><br>电子产品可能包括实用专利所涵盖的技术,这些技术无法通过查看产品照片来确定。<br><br>例子:<br><br>• 智能设备可能包括实用专利所涵盖的几个电子功能,这些功能不考虑保护装置的外观。 例如,"A" 品牌的智能设备可能侵犯 "B" 品牌的实用专利,即使 "A" 品牌的智能设备看起来与 "B" 品牌的智能设备完全不同。 | **实用专利**<br><br>提供电子产品时要注意避免使用实用专利涵盖的产品。 |

| 14. | 第三方快时尚品牌 | 第三方快时尚品牌 |
|---|---|---|
| | 虽然基本设计或普通设计可能没有知识产权保护，但快时尚品牌可能会创建自己的印刷图案和插图。 | 请避免提供使用了快时尚品牌销售产品上的印刷图案和插图的产品，除非此类图案或插图已获得权利方的许可。<br><br>我们有权要求您向我们提供原始设计或许可的证据。 |
| 15. | 第三方市场网站 | 第三方市场网站 |
| | 在亚马逊、阿里巴巴、Etsy、Ebay 或 Redbubble 等第三方市场上发现的设计并不意味着该设计不受 IP 保护且可以使用。 此类市场通常包含侵犯第三方商标和原创设计的设计。 | 请避免提供复制第三方市场上的原始设计的产品。<br><br>我们希望您为我们提供原创设计和产品。<br><br>我们有权要求您向我们提供原始设计或许可的证据。 |

## 4.2针对商品侵权及内容禁忌违规的处罚

### 4.2.1 处罚适用规则

针对公司销售商品（包括SHEIN/ROMWE等各品牌）发生知识产权侵权或内容禁忌违规，按照下述标准启动处罚：

1）针对本规则发布后发生侵权或内容禁忌投诉的商品（不论上架时间）；本规则发布之日前发生的侵权争议，如SHEIN已经赔付的，按《SHEIN侵权防范制度2.0》规定标准进行追偿（即按SHEIN赔偿额的30%，单个图案以1500美金为限）；

2）相关商品被投诉权利人或第三人投诉且认定商品违规，违规包括知识产权侵权或者内容禁忌；

3）违规责任人为违规图案或设计的提供方 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓

### 4.2.2 供应商侵权及内容禁忌违规的处罚标准

| 侵权类型 | 场景说明 | 处罚或赔偿标准<br>（供应商侵权） |
|---|---|---|
| 一般性质侵权行为 | 侵犯第三方著作、商标、专利 及肖像权或内容禁忌违规，且不存在严重侵权的违规行为 | 按(1) SHEIN 赔偿额的 50%[如 SHEIN 未赔偿，按 150 美金/图案计]或(2) 供应商就侵权商品向 SHEIN 销售金额的 10%，两者以金额高者计； |
| 严重侵权行为<br>【符合右侧任一结果严重标准或行为标准的，为严重侵权】 | 结果严重标准：满足下述任一结果标准的 为严 重侵权：赔偿金额>$5000;涉及到法律诉讼；引起一级媒体报道和关注（一级媒体名单见批注）;社交媒体评论>=1000；被行政机关调查等 | 按(1) SHEIN 赔偿额的 100%[如 SHEIN 未赔偿，按 500 美金/图案设计]或(2) 供应商就侵权商品向 SHEIN 销售金额的 20%，两者以金额高者计； |
| | 假冒商品侵权：与第三方商标一致或高度近似，并以品牌名称的方式使用 | |
| | 复制或篡改作品创作人的身份签名 | |
| | 批量抄袭侵权：侵权同一投诉人超过 10 款设计的 | |
| | 侵犯 SHEINX 设计元素或者 SHEIN 合作 IP 元素的 | |
| | 二次侵权：发生二次侵权（已录入侵权库图案且供应商有 SMP 权限） | |
| | 其他严重侵权：刻意规避审核，提交虚假材料等 | |
| 加重处罚 | 自 2022.7.1 日起 最近两年内累计发生多次侵权 | 1.发生一般性质侵权 5 次（严重侵权按 2 次一般性质侵权计）供应商等级降一级；<br>2. 累计发生一般性质侵权 10 次 取消合作 |

附表：一级媒体名单

| 一级媒体名单 | ████████████████ |
|---|---|

████████████████████

