# EXHIBIT B



Home / Detailed Record View

| Keyword | VAu001494985 |
|---|---|

Advanced Search

Share

# Detailed Record View
## Registration record VAU001502414
Copyright Catalog

### 2021.01 Collection.[Group registration of unpublished photographs.6 photographs]

Actions

| | |
|---|---|
| **Registration Number / Date** | VAU001502414 / 2023-07-24 |
| **Supplement to** | VAu001494985 /2023 |
| **Supplement to Registration** | VAu001494985, 2023. |
| **Type of Work** | Visual Material |
| **Title** | 2021.01 Collection.[Group registration of unpublished photographs.6 photographs] |
| **Application Title** | 2021.01 Collection |
| **Date of Creation** | 2021 |
| **Copyright Claimant** | Guangzhou Shein International Import & Export Co. Ltd. Address: Rm 301 Bldg 2 No 6 Guangxing Hongmin Rd, Jenkeng, Nancaotong Village Nancun Town, Pany Dist,, Guangzhou City, China. |
| **Authorship on Application** | Guangzhou Shein International Import & Export Co. Ltd., Domicile: China. employer |

|  |  |
|---|---|
|  | for hire; Authorship: photographs. |
| **Corrections Explained** | Removing one photo from the group (2021-05) because it is not created in the same year as the rest of the photos in this group. Correcting Guangzhou Shein International Import & Export Co., Ltd. (?Guangzhou Shein?) as the copyright claimant instead of Roadget Business Pte. Ltd. (?Roadget?). Guangzhou Shein and Roadget are related entities. At the time the original application was filed, it was the intention that Guangzhou Shein, the author of the works at issue, would assign all rights under the copyright to Roadget. Due to inadvertence mistake, the written agreement identified in the original application had not been executed at the time the original application was filed. The assignment has since been executed, but this correction is made to reflect that at the time the application was filed, Guangzhou Shein, the author, was the correct copyright claimant. The applicant, Jeffrey Yee, was and is an authorized agent of Guangzhou Shein, the author/claimant (and Roadget, the current owner). |
| **Description** | 6 photographs. |
| **Copyright Note** | C.O. correspondence. |
|  | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) |

are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding information on basic registration: Consult certificate of registration for relevant annotations.

| | |
|---|---|
| **Names** | Guangzhou Shein International Import & Export Co. Ltd. |

Menu
Home
Recent Records
Recent Searches
Name Directory
Help

Resources
Request Copies
Get a Search Estimate
FAQs

Contact
Contact Us
Feedback

**U.S. Copyright Office**

101 Independence Ave S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0788 (toll free)

**DISCLAIMER** The Copyright Public Records System (CPRS) pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright office | Library Of Congress | Congress.gov | USA.gov | FOIA | Legal | Privacy Policy