UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHALECO INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHEIN TECHNOLOGY LLC, ROADGET BUSINESS PTE. LTD.,<br><br>　　　　Defendants. | Case No. 1:23-cv-03706 |

## MOTION TO ADMIT HOLLY TAO *PRO HAC VICE*

　　Pursuant to Local Civil Rule 83.2(d), Plaintiff moves for the admission and appearance of Attorney Holly Tao *pro hac vice* in the above-entitled action.  This motion is supported by the Declaration of Holly Tao, filed herewith.  As set forth in Ms. Tao's declaration, she is admitted and an active member in good standing in the following courts and bars:  New York State Bar, U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the Eastern District of New York, U.S. District Court for the Southern District of New York, and U.S. Supreme Court.  This motion is supported and signed by Michael J. Songer, an active and sponsoring member of the Bar of this Court.

Date:  December 14, 2023

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/     Michael J. Songer*

　　　　　　　　　　　　　　　　　　　　　Michael J. Songer (D.C. Bar No. 453727)
　　　　　　　　　　　　　　　　　　　　　WHITE & CASE LLP
　　　　　　　　　　　　　　　　　　　　　701 Thirteenth Street, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 626-3647
　　　　　　　　　　　　　　　　　　　　　michael.songer@whitecase.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff WhaleCo Inc.*

2

**CERTIFICATE OF SERVICE**

      I, Michael J. Songer, certify that on December 14, 2023, I caused the forgoing motion to be filed via ECF, which sent notification of this filing to all counsel of record.

                                            /s/ Michael J. Songer
                                            Michael J. Songer