UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHALECO INC.,

       Plaintiff,

v.

SHEIN TECHNOLOGY LLC, ROADGET BUSINESS PTE. LTD.,

       Defendants.

Case No. 1:23-cv-03706

### DECLARATION OF HOLLY TAO
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Holly Tao, hereby declare:

1. My name, office address, telephone number, and email address are as follows:

   WHITE & CASE LLP
   1221 Avenue of the Americas
   New York, NY 10020
   Telephone: (212) 819-7535
   holly.tao@whitecase.com

2. I have been admitted to the following courts and bars:

   - New York State Bar, 5424411, admitted on March 07, 2016
   - U.S. District Court for the Eastern District of New York, admitted on December 19, 2017
   - U.S. District Court for the Southern District of New York, admitted on December 19, 2017
   - U.S. Supreme Court, 311083, admitted on October 15, 2019
   - U.S. Court of Appeals for the Federal Circuit, admitted on November 25, 2019

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been the subject of any disciplinary grievance or proceeding.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from any office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 14, 2023          Respectfully submitted,

_____
Holly Tao
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-7535
holly.tao@whitecase.com