Attachment to the PHV Declaration and Attorney Certification for DDC for Holly Tao

List of Bar Admissions :

- New York State Bar, 5424411, admitted on March 07, 2016
- U.S. District Court for the Eastern District of New York, admitted on December 19, 2017
- U.S. District Court for the Southern District of New York, admitted on December 19, 2017
- U.S. Supreme Court, 311083, admitted on October 15, 2019
- U.S. Court of Appeals for the Federal Circuit, admitted on November 25, 2019