UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHALECO INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEIN TECHNOLOGY LLC,  ROADGET BUSINESS PTE. LTD., <br><br> Defendants. | Case No. 1:23-cv-03706 |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
OF ATTORNEY HOLLY TAO *PRO HAC VICE***

The Court has reviewed the Plaintiff's Motion for Admission of Attorney Holly Tao *pro hac vice*. Upon consideration of that motion, the Court grants Attorney Holly Tao *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

_____
Honorable Timothy J. Kelly
UNITED STATES DISTRICT JUDGE