## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**WhaleCo Inc.**

**Plaintiff**

**Case No.: 1:23-cv-03706-TJK**

*vs.*

**Shein Technology LLC, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Christopher A. Johnson, Sr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Letter dated December 14, 2023; Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Appearance of Counsel; WhaleCo Inc.'s Notice of Filing Video Exhibits; Certificate Rule LCvR 26.1; Motion to Admit Anna Naydonov Pro Hac Vice; Declaration of Pro Hac Vice Admission with Attachment; Proposed Order Granting Motion for Admission of Attorney Anna Naydonov Pro Hac Vice; Complaint with Exhibits; and Exhibits D-L on USB drive in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/14/2023 at 1:10 PM, I served Shein Technology LLC c/o Paracorp Incorporated, Registered Agent with the Letter dated December 14, 2023; Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Appearance of Counsel; WhaleCo Inc.'s Notice of Filing Video Exhibits; Certificate Rule LCvR 26.1; Motion to Admit Anna Naydonov Pro Hac Vice; Declaration of Pro Hac Vice Admission with Attachment; Proposed Order Granting Motion for Admission of Attorney Anna Naydonov Pro Hac Vice; Complaint with Exhibits; and Exhibits D-L on USB drive at 1100 H Street, NW, Suite 840, Washington, DC 20005 by serving Steven Gibson, Client Service Associate.

Steven Gibson is described herein as:

Gender: Male   Race/Skin: Black   Age: 40   Weight: 190   Height: 5'11"   Hair: Black   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

12-15-2023

Executed On



Christopher A. Johnson, Sr.

Client Ref Number: N/A
Job #: 1628147

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

Case 1:23-cv-03706-TJK   Document 5   Filed 12/13/23   Page 1 of 4

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia    ☑

| | |
|---|---|
| WhaleCo Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Shein Technology LLC, <br> Roadget Business PTE. LTD. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No.  1:23-cv-3706 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shein Technology LLC
250 Massachusetts Ave NW
6th Floor, Suite 660
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anna Naydonov
J. Mark Gidley
701 Thirteenth Street, NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____12/13/2023_____          _____/s/ Simone Logan_____
                                                                        *Signature of Clerk or Deputy Clerk*