**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WHALECO INC.,

        Plaintiff,

v.

SHEIN TECHNOLOGY LLC,
ROADGET BUSINESS PTE. LTD.,

        Defendants.

Case No. 1:23-cv-03706 (TJK)

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rules 65(a) and (d) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests that this Court issue a preliminary injunction requiring Defendants to be enjoined from abuses of the Digital Millennium Copyright Act ("DMCA") and provide proof to support the validity of their DMCA takedown notices to Plaintiff.  The grounds for this motion appear in the accompanying memorandum of points and authorities and supporting declarations and exhibits (currently filed with the Court under seal pending decision on Plaintiff's motion to seal).  Pursuant to LCvR 7(m), Plaintiff conferred with Defendants prior to filing this motion, but as of the time of the filing, Defendants have refused to cease their DMCA violations and comply with Plaintiff's requests.

WHEREFORE, Plaintiff respectfully requests that this motion be granted.

Date:  January 11, 2024

Respectfully submitted,

*/s/    Anna Naydonov*
Anna Naydonov (D.C. Bar No. 980910)
J. Mark Gidley (D.C. Bar No. 417280)
Michael J. Songer (D.C. Bar No. 453727)

WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 637-6197
Fax: (202) 639-9355
anna.naydonov@whitecase.com
mgidley@whitecase.com
michael.songer@whitecase.com

Jack E. Pace III (*pro hac vice*)
Michael Hamburger (*pro hac vice*)
Holly Tao (*pro hac vice*)
Rosie Norwood-Kelly (D.C. Bar No. 1780519) (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8520
Fax: (212) 354-8113
jpace@whitecase.com
michael.hamburger@whitecase.com
holly.tao@whitecase.com
rosie.norwood-kelly@whitecase.com

*Counsel for Plaintiff WhaleCo Inc.*