# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WHALECO INC.,

    *Plaintiff*,

v.

SHEIN TECHNOLOGY LLC et al.,

    *Defendants.*

Civil Action No. 23-3706 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Shein Technology LLC's Motion to Dismiss, ECF No. 52, is **GRANTED**, and Shein Technology LLC is **DISMISSED** from this case. It is further **ORDERED** that Roadget Business Pte. Ltd.'s Motion to Dismiss, ECF No. 53, is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** as to Counts 5–13 and 15–18, which are **DISMISSED**. The Motion is **DENIED** as to Counts 1–4 and 14. It is further **ORDERED** that WhaleCo Inc.'s Motion to Take Judicial Notice, ECF No. 61, is **GRANTED IN PART** and **DENIED IN PART**.

    **SO ORDERED**.

                                          /s/ Timothy J. Kelly
                                          TIMOTHY J. KELLY
                                          United States District Judge

Date: September 30, 2025